**GIRARD SHARP LLP**
Adam E. Polk (SBN 273000)
Simon Grille (SBN 294914)
Nina R. Gliozzo (SBN 333569)
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
apolk@girardsharp.com
sgrille@girardsharp.com
ngliozzo@girardsharp.com

*Attorneys for Plaintiffs*

[*Additional Counsel on Signature Page*]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| TYRONE HAZEL, ROXANE EVANS, VALERIE TORRES, and RHONDA HYMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRUDENTIAL FINANCIAL, INC. and ACTIVEPROSPECT, INC.<br><br>Defendants. | Case No. 3:22-cv-07465-CRB<br><br>**JOINT CASE MANAGEMENT STATEMENT**: ORDER<br><br>Date:   October 13, 2023<br>Time:   8:30 a.m.<br>Courtroom:  6, 17th Floor<br>Judge: Hon. Charles R. Breyer |

Pursuant to the Court's July 17, 2023 Case Management Scheduling Order (Dkt. 36) and Civil Local Rule 16-10(d), Plaintiffs Tyrone Hazel, Roxane Evans, Valerie Torres, and Rhonda Hyman ("Plaintiffs"), and Defendants Prudential Financial, Inc. ("Prudential") and ActiveProspect, Inc. ("ActiveProspect") (jointly, "Defendants") hereby provide this Joint Case Management Statement in advance of the Case Management Conference scheduled for October 13, 2023 at 8:30 a.m. The parties will be prepared to discuss these and any additional case management issues the Court may wish to address at the case management conference.

1. **Pleadings**

On June 9, 2023, the Court issued an Order granting in part and denying in part Defendants' motion to dismiss. Dkt 29. Defendants each filed an Answer to the First Amended Complaint on July 24, 2023. Dkts. 37, 38.

2. **Discovery**

Discovery has commenced. The parties submitted a stipulated Order Re: Discovery of Electronically Stored Information on September 1, 2023, which the Court entered on September 6, 2023. Dkts. 42, 44. Plaintiffs have served Defendants with their First Set of Requests for Production, and Defendants' responses to those Requests are discussed below. Plaintiffs also served their First Set of Interrogatories on each Defendant on September 27, 2023, and served deposition notices under Rule 30(b)(6) on each Defendant on September 29, 2023.

Plaintiffs delivered Early Rule 34 requests to each Defendant on May 9, 2023. The requests were deemed served at the parties' Rule 26(f) conference on June 23. Defendants responded to Plaintiffs' Rule 34 requests on August 11, 2023, and are in the process of producing responsive documents to Plaintiffs, though to date, no documents have yet been produced. On September 8 and 22, the Parties met and conferred regarding each of Defendants' Responses to Plaintiffs' First Set of Requests for Production. Following those discussions, Defendants informed Plaintiffs that their estimated date for substantial completion of production would be in February 2024. The Parties have conferred and will continue to confer about prioritizing certain Requests for Production.

The Case Management Scheduling Order set a deadline of March 11, 2024 for the filing of Plaintiffs' motion for class certification. Dkt. 36. To ensure that Defendants have sufficient time to

review and produce responsive documents and Plaintiffs have sufficient time to review responsive documents, take depositions, conduct expert analysis and prepare their motion for class certification, Plaintiffs proposed to Defendants a stipulated request for an extension of the current case deadlines. The parties now jointly propose a modified schedule.

**3.    Case Schedule**

The Court entered a case scheduling order on July 17, 2023. *See* Dkt. 36 at 7-8. As described above, in order to ensure that Defendants have sufficient time to review and produce responsive documents, and to ensure that Plaintiffs' motion for class certification is briefed on an adequately developed factual record, the parties respectfully request that the Court grant an extension of the current case deadlines by approximately 100 to 110 days, as set forth in the proposed deadlines below.

| Event | Current Date | Proposed Deadline |
|---|---|---|
| Initial Case Management Conference | October 13, 2023 at 8:30 a.m. | October 13, 2023 at 8:30 a.m. |
| Further Case Management Conferences | Every 90 days | Every 90 days |
| Deadline for Defendants to Substantially Complete Production of Documents Responsive to Plaintiffs' First Set of Requests for Production | n/a | On or before February 28, 2024 |
| Plaintiffs' motion for class certification | March 11, 2024 | June 28, 2024 |
| If Plaintiffs support their Motion for Class Certification with expert reports or testimony, Plaintiffs' experts available for depositions | Within 20 days following the filing of Plaintiffs' Motion for Class Certification | Within 20 days following the filing of Plaintiffs' Motion for Class Certification |
| Defendant's opposition to motion for class certification | May 10, 2024 | August 28, 2024 |
| If Defendants support their Opposition to Class Certification with expert reports or testimony, Defendants' experts available for depositions | Within 20 days following the filing of Defendants' Opposition | Within 20 days following the filing of Defendants' Opposition |
| Plaintiffs' reply in support of motion for class certification | June 10, 2024 | September 27, 2024 |
| Hearing on Motion for Class Certification | June 28, 2024 at 10 a.m., or as soon thereafter as is convenient for the Court | October 18, 2024 at 10 a.m., or as soon thereafter as is convenient for the Court |

| Event | Current Date | Proposed Deadline |
|---|---|---|
| Deadline to Amend the Complaint Regarding Class Certification Matters | 30 days after ruling on class certification | 30 days after ruling on class certification |
| ADR | 30 days after ruling on class certification | 30 days after ruling on class certification |
| Close of Fact Discovery | August 9, 2024 | November 27, 2024 |
| Exchange Opening Expert Reports | September 13, 2024 | December 20, 2024 |
| Exchange Rebuttal Expert Reports | November 19, 2024 | February 25, 2025 |
| Close of Expert Discovery | December 17, 2024 | March 25, 2025 |
| Motions for summary judgment and *Daubert* motions | January 28, 2025 | May 6, 2025 |
| Responses to motions for summary judgment and *Daubert* motions | March 14, 2025 | June 20, 2025 |
| Replies in support of motions for summary judgment and *Daubert* motions | April 11, 2025 | July 18, 2025 |
| Hearing on motions for summary judgment and *Daubert* motions | May 9, 2025, at 10 a.m., or as soon thereafter as is convenient for the Court | August 15, 2025, at 10 a.m., or as soon thereafter as is convenient for the Court |
| Final Pretrial Conference | TBD | TBD |
| Jury Trial | TBD | TBD |

**4.     ADR Update**

Pursuant to Civil Local Rule 16-10(d), the Parties state that they have agreed to meet and confer regarding the selection of an ADR process after a period of discovery.

DATED: October 6, 2023                              By: */s/ Nina R. Gliozzo*

**GIRARD SHARP LLP**
Adam E. Polk (State Bar No. 273000)
Simon Grille (State Bar No. 294914)
Nina R. Gliozzo (State Bar No. 333569)
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
apolk@girardsharp.com
sgrille@girardsharp.com

|   |   |   |
|---|---|---|
| 1 |  | ngliozzo@girardsharp.com |
| 2 |  | *Attorneys for Plaintiffs* |
| 4 | DATED:  October 6, 2023 | By: */s/ Kelly M. Klaus* |

Kelly M. Klaus (State Bar No. 161091)
Jonathan H. Blavin (State Bar No. 230269)
Virginia Grace Davis (State Bar No. 336732)
**Munger, Tolles & Olson LLP**
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
kelly.klaus@mto.com
jonathan.blavin@mto.com
grace.davisfisher@mto.com

Laura D. Smolowe (State Bar No. 263012)
Sidney Moskowitz (State Bar No. 349400)
**Munger, Tolles & Olson LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:(213) 683-9100
Facsimile:  (213) 687-3702
laura.smolowe@mto.com
sidney.moskowitz@mto.com

*Attorneys for Defendants Prudential Financial, Inc. and ActiveProspect, Inc.*

The Court adopts the Joint Case Management Statement. Case Management Conference set for October 13, 2023 is vacated. A Joint Case Management Statement due by March 22, 2024.  Case Management Conference set for March 29, 2024 at 8:30 a.m.

Date: October 6, 2023

*IT IS SO ORDERED*
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA