(REDACTED)

FILED UNDER SEAL

EXHIBIT 5

1               UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3                 SAN FRANCISCO DIVISION

4
   TYRONE HAZEL, ROXANE EVANS,
5  VALERIE TORRES, and RHONDA HYMAN,
   individually and on behalf of all
6  others similarly situated,

7          Plaintiffs,        Case No. 3:22-cv-07465-CRB

8  vs.

9  PRUDENTIAL FINANCIAL, INC.,
   and ACTIVEPROSPECT, INC.,
10
            Defendants.
11  _____

12

13   (CONFIDENTIAL & HIGHLY CONFIDENTIAL PORTIONS REDACTED)

14        WEBCONFERENCE VIDEOTAPED DEPOSITION OF

15              STEVEN MICHAEL RAFFERTY

16        Pursuant to 30(b)(6) -- PAGES 6 to 199

17        Pursuant to 30(b)(1) -- PAGES 200 to 205

18              Pages 1 through 210

19              Thursday, May 09, 2024

20        8:44 a.m. to 3:59 p.m. Central Time

21        LOCATION:  Via Zoom Webconference

22

23

24        Stenographically reported via Zoom by:
              Linda R. Wolfe, RMR, FCRR, FPR-C
25

 1 | sort of keep track of their customers and interactions
 2 | with them; is that fair?
 3 |    A.   CRM?
 4 |    Q.   Yeah.
 5 |    A.   Yes.  But to clarify, LeadConduit is not a
 6 | CRM.
 7 |    Q.   Right.  When was the product called
 8 | TrustedForm first developed?
 9 |    A.   That was in 2010.
10 |    Q.   Okay.  Can you tell us, generally, how that
11 | came about?
12 |    A.   That came about because we had customers that
13 | were complaining about fraud, and, specifically --
14 | specifically fraud by lead vendors.
15 |        So we were helping clients that were buying
16 | leads from these lead vendors, and a lot of the clients
17 | would say, you know, "I call these consumers and they
18 | said that they never filled out the form.  They said
19 | they didn't want to hear from me.  So that's not
20 | acceptable.  We want to only contact consumers that want
21 | to hear from us."
22 |        And so we wanted to -- what we realized is
23 | that oftentimes lead vendors were misrepresenting where
24 | and how they generated leads.  So we wanted to come up
25 | with a solution to help protect the lead buyers so that

1  they knew that they were getting authentic leads, people

2  that were interested for their services.  So we came up

3  with a solution of TrustedForm to verify when and where

4  leads originated.

5       Q.   Well, we'll get into the details.  But for

6  now, can you describe at a general level how does

7  TrustedForm work that it addresses this problem that

8  you've described?

9       A.   Sure.  What TrustedForm does is it's a

10 JavaScript snippet.  It's a line of code that the lead

11 provider or whoever hosts the form adds to their

12 webform.  And that code issues a certificate that is

13 passed along with the lead.

14           And that certificate tells the buyer of the

15 lead information about that lead, specifically, where it

16 came from is mainly what they're looking for and when

17 did it -- when did they sign up is another key piece of

18 information that they're looking for.

19      Q.   Okay.  And then today TrustedForm includes a

20 feature called the Session Replay; right?

21      A.   Yes.

22      Q.   What is that?

23      A.   Session Replay is effectively a copy of the

24 web page where the -- where the consumer fill out their

25 information where the TrustedForm script was installed,

 1          MS. GLIOZZO:  Okay.  You can take it down,

 2     Jordan.

 3  BY MS. GLIOZZO:

 4     Q.   Before when you were talking about the

 5  development of TrustedForm, you said -- you described a

 6  sort of problem that needed to be solved was fraud by

 7  lead sellers or misrepresentations.

 8          At some point, did consent compliance become a

 9  focus of TrustedForm's operation as well?

10     A.   Yes.

11     Q.   When was that?

12     A.   2013.

13     Q.   Okay.  Can you tell us, generally, what

14  happened to lead to that?

15     A.   The Telephone Consumer Protection Act was

16  updated in October of 2013 to require written, prior

17  expressed written consent for companies that were

18  contacting consumers on their cell phone using

19  media-regulated technology.

20     Q.   And how does TrustedForm help provide proof of

21  consent?

22     A.   So as a requirement of the law, you must have

23  documentation of consent.

24          And for companies that were contacting

25  consumers, they found that they needed to have some sort

 1  of proof to provide.

 2          Since there is active litigators always

 3  looking to go after any company that might have done

 4  things the wrong way under the TCPA, and so TrustedForm

 5  provide a very effective way to document consent to

 6  comply with that law.

 7      Q.   We're going to do another document.  This is

 8  going to be Exhibit 34 (sic).

 9          (Plaintiffs' Exhibit 35, U.S. Patent for

10      TrustedForm, was marked for identification.)

11  BY MS. GLIOZZO:

12      Q.   Let me zoom in.

13          Do you recognize this document?

14      A.   I do.

15      Q.   What is it?

16      A.   That is the patent for TrustedForm.

17      Q.   This was one of the documents that you

18  reviewed when you were preparing for this deposition;

19  right?

20      A.   Yes.

21      Q.   Do you see it says "Date of Patent, April 7,

22  2020"?

23      A.   Yes.

24      Q.   And then over on the right here, let me see --

25  I'm trying to get fancy here.  Do you see this where it

 1      A.    That is what it says.

 2      Q.    Okay.  And then there's some model language

 3  that it says, quote, "is recommended for insertion in

 4  your privacy notice," right?

 5      A.    Yes, that's what it says.

 6      Q.    And then we can see it's like bold, block text

 7  that is the recommended disclosure language; right?

 8      A.    That is correct.

 9      Q.    If you need me to scroll down, just let me

10  know.

11      A.    I can see the -- see the language.

12      Q.    Okay.  So do I understand your testimony

13  correctly, you provide this recommended language, at

14  least from April 2021 on, but you don't require that

15  your customers use this particular language; right?

16      A.    That's correct.

17      Q.    You don't require -- ActiveProspect doesn't

18  require that its customers use any particular language

19  to get consent from website visitors to the operation of

20  TrustedForm; right?

21          MS. FISHER:  Objection.  Documents speaks for

22      itself.  Calls for a legal conclusion.

23      A.    We do not require any specific language.

24  BY MS. GLIOZZO:

25      Q.    And if I scroll down, the next sentence says,

1    "Your failure to comply with the above CCPA notice

2    obligations will be deemed a material breach of this

3    agreement."  It says that; right?

4        A.    That's what it says.

5        Q.    So for term.prudential.com, can you describe

6    the steps that -- any steps that ActiveProspect took to

7    confirm for itself that this term of the agreement was

8    complied with, that there was adequate notice and

9    consent to the operation of TrustedForm?

10            MS. FISHER:  Objection.  Outside the scope of

11        the 30(b)(6) topics on which Mr. Rafferty was

12        prepared to testify.

13        A.    So our script is on about 58,000 websites.

14    It's a standard in the industry.  So we do not police

15    the websites for their notice policies.

16    BY MS. GLIOZZO:

17        Q.    So have I understood you correctly

18    ActiveProspect took no steps to confirm whether the

19    terms of this agreement were complied with on

20    term.prudential.com?

21            MS. FISHER:  Same objection.

22    BY MS. GLIOZZO:

23        Q.    Strike that.  Let me be more clear.

24            Do I understand you correctly that

25    ActiveProspect took no steps to confirm that its client

 1  was adequately securing consent to the operation of

 2  TrustedForm on term.prudential.com as described in the

 3  EULA?

 4           MS. FISHER:  Same objection.

 5      A.   So ActiveProspect does not proactively -- as a

 6  policy, we do not proactively review clients' websites

 7  to see if they give proper notice.

 8  BY MS. GLIOZZO:

 9      Q.   What steps, if any, does ActiveProspect take

10  to evaluate whether one of its clients is in breach as

11  described in this part of the EULA that we're looking

12  at?

13           MS. FISHER:  Same objection.  It's outside the

14      scope of the 30(b)(6) topics.  And I'd also object

15      to the extent it calls for disclosure of privileged

16      information.

17      A.   We -- When we look at a material breach of our

18  contracts, these are things we would handle on a case by

19  case basis.

20  BY MS. GLIOZZO:

21      Q.   Okay.  I want to go to a few pages down in the

22  EULA.  Do you see there's a section here under the

23  heading "Mutual Indemnification"?

24      A.   I do.

25      Q.   There's a paragraph that says "Indemnification

 1              And then the next step is when the

 2   communication's sent to the -- to the -- to the site

 3   owner, that is typically done via form post.

 4              And so what happens is TrustedForm, the

 5   information that TrustedForm has documented as when

 6   they're filling out the form is then sent with the lead

 7   data to the site owner.

 8        Q.   Okay.

 9        A.   Or sent as part of that communication to the

10   site owner.

11        Q.   Okay.  And it says here, "The script inserts a

12   special hidden field into the form" that will contain

13   the URL for the certificate.  Do you see that?

14        A.   That's correct.

15        Q.   Can you just, generally, explain to us how

16   that works?

17        A.   Sure.  So, on the Internet, when you want to

18   submit a form, that form is posted to the owner of the

19   site.

20              And the form is -- has fields, and

21   TrustedForm, the certificate itself, is posted along

22   with the rest of the fields submitted by the consumer to

23   the -- to the site owner.

24        Q.   Got it.  And so do I understand it right that

25   the user's interaction with the page that has the

 1  TrustedForm script sort of triggers the creation of a

 2  unique identifier of sorts?

 3       A.   Yeah.

 4       Q.   The URL takes them to the certificate that's

 5  associated with that identifier; is that right?

 6       A.   Yeah.  The -- Each certificate has a unique

 7  identifier.  We refer to it as "Certificate ID."

 8            And the way I think of it is that each

 9  certificate is like a lock box, and that certificate ID

10  is the key to that lock box.

11       Q.   What do you mean by that?

12       A.   Well, the -- all the information in -- that is

13  contained in a TrustedForm Certificate is -- belongs to

14  the site owner, and we're storing that in an encrypted

15  and very secure environment for the site owner.

16            And in order for them to find that particular

17  certificate, they need to have that certificate ID.  And

18  so that ID is how we find certificates.

19            So we don't have a way -- since we don't -- we

20  don't -- we don't do anything with user submitted data.

21  We don't store it.  We can't -- This way to find the

22  certificate is with a ID.

23       Q.   And so in this case the term.prudential.com,

24  the webform, when a user clicks "Submit", the data that

25  gets sent to Assurance and/or Prudential, one of the

 1  fields there is a field for the TrustedForm ID number

 2  and another field for the URL link to the certificate;

 3  is that right?

 4      A.   So, I can't speak to the specifics of the

 5  implementation on the Prudential or Assurance websites

 6  because I'm not familiar with exactly how they do it,

 7  but I can speak to how it's designed to work.  And the

 8  certificate URL is one field, and the URL has the ID on

 9  it.  So it passes one value.  So we refer to that as the

10  TrustedForm Certificate URL.

11      Q.   Okay.  And the post we were just looking at

12  described as a "hidden field."  Do I understand it's not

13  visible to the user but it's sort of in the code of the

14  website?

15      A.   That's correct.  It's within the code of the

16  website.  So just additional field.  There's

17  typically -- there's typically a number of hidden fields

18  on any website or a website form.

19      Q.   I think we've just generally talked about how

20  the software functions.  Are there any pieces of how the

21  software functions that we haven't discussed yet or does

22  that really cover it?

23      A.   There's -- Depends on how granular you want to

24  get in how the software functions.

25      Q.   Let me ask it a better way.  I'm sure we could

 1 | go into more detail about how it works, but as far as
 2 | the basic functioning of the website, have we discussed
 3 | each of the, you know, pieces of the basic functioning
 4 | or are there things that we haven't discussed yet?
 5 |     A.   I think we've -- we've covered the basics.
 6 |     Q.   So with that, the software we've just been
 7 | discussed -- Strike that.
 8 |          The TrustedForm software that we've been
 9 | discussing and the way that it functions, that software
10 | was invented by ActiveProspect; right?
11 |     A.   TrustedForm software, yes.
12 |     Q.   You and a few other folks whose names we
13 | looked at are listed on the patent as the creators;
14 | right?
15 |     A.   We were the original team involved, but there
16 | have been many, many engineers that have worked on it
17 | over the years.
18 |     Q.   Okay.  So the way that the TrustedForm
19 | software functions, fair to say it was designed to
20 | function the way that it does; right?
21 |     A.   I would say, yes, it functions as designed.
22 |     Q.   Okay.  It was designed to be installed on a
23 | web page by a customer of ActiveProspect; right?
24 |     A.   It's designed to be installed on a web page.
25 | The company that installs it doesn't have to be a

1  customer.  I consider a customer someone that pays us,

2  but it's free to install the TrustedForm script on -- on

3  a web page.

4      Q.   Okay.  So let me ask it this way.  It was

5  designed to be installed on a website by the owner of

6  whichever website, an owner of whichever website is

7  somebody other than ActiveProspect; right?

8          MS. FISHER:  Objection.  This is outside the

9      scope of the noticed 30(b)(6) topics.

10     A.   But the -- the -- the TrustedForm script is

11 designed to be installed by the owner of the website,

12 and we're acting as a service provider for the website.

13 BY MS. GLIOZZO:

14     Q.   And it's designed to record the events of a

15 user's mouse clips -- mouse clicks, key strokes, et

16 cetera, batch them and send them every few seconds;

17 right?  It's designed to work that way?

18         MS. FISHER:  Objection.  Misstates the

19     witness' prior testimony.  Lacks foundation and

20     assumes facts not in evidence.

21     A.   It's -- It's designed to certify Internet

22 leads.  That's what it's designed for.

23         Its primary use today is for companies trying

24 to document consent to comply with TCPA.

25 BY MS. GLIOZZO:

 1      Q.   But the function of the software where it

 2   records events, including key strokes and mouse

 3   movements as they occur, it was designed to do that;

 4   right?

 5           MS. FISHER:  Objection.  Misstate the witness'

 6      prior testimony and assumes facts not in evidence.

 7      A.   So as I stated before, it documents the events

 8   that take place on a page where it's installed and

 9   batches those, ends up sends them to our server, which

10   they are then collected into a TrustedForm Certificate

11   that is identified by a certificate ID that is locked

12   and stored for that site owner for their use.

13   BY MS. GLIOZZO:

14      Q.   Right.  And all I'm trying to get at is it's

15   not by accident that that happens, that's how it's

16   designed to work; right?

17      A.   Yeah.  It's designed to work as I described,

18   that's correct.

19      Q.   And in this case, when TrustedForm was

20   installed on term.prudential.com, you're aware that

21   TrustedForm certificates were generated from

22   term.prudential.com; right?

23      A.   Yes.

24      Q.   So when TrustedForm is functioning on

25   term.prudential.com, it's functioning as intended;

 1  right?

 2          MS. FISHER:  Objection.  It's outside the

 3      scope of the noticed 30(b)(6) topics.

 4      A.   So your question is is it functioning as

 5  intended?

 6  BY MS. GLIOZZO:

 7      Q.   Yes.

 8      A.   We are -- It's up to the site owner to install

 9  our script.  So assuming they install it as -- as we

10  give guidance, then it should work as intended.

11          But I haven't reviewed the actual

12  implementation on the sites.

13      Q.   I'm assuming that the fact that TrustedForm

14  certificates are generated is a sign that it's

15  functioning properly; is that wrong?

16      A.   Well, I guess it depends on what you mean by

17  "functioning properly".

18          We have seen instances where people install

19  the script incorrectly and they don't capture what they

20  want to capture, so.

21      Q.   Okay.  The fact that TrustedForm certificates

22  are being generated from term.prudential.com,

23  something's being captured; right?

24          MS. FISHER:  Objection.  Assumes facts not in

25      evidence.  Misstates the witness' prior testimony.

 1      A.   So what exactly is the question?  Sorry.
 2  You're asking if --
 3  BY MS. GLIOZZO:
 4      Q.   The fact that there are TrustedForm
 5  certificates that were generated on term.prudential.com
 6  in the relevant timeframe, that indicates that
 7  information is being captured; right?
 8           MS. FISHER:  Same objection.
 9      A.   Yes.  Well, as long as a certificate is being
10  generated on a page, then, generally speaking, there's
11  some information being captured.
12  BY MS. GLIOZZO:
13      Q.   Right.  ActiveProspect could have designed the
14  software to function differently; right?  It is in
15  control of how the software was designed; right?
16           MS. FISHER:  Objection.  Calls for
17      speculation.  It's outside the scope of the noticed
18      30(b)(6) topics.
19      A.   We -- We designed it to do what it does.
20  BY MS. GLIOZZO:
21      Q.   And we've covered this, but just to draw a
22  circle around it, ActiveProspect doesn't install its
23  script on other people's website, right, it has to be
24  the owner of the website that installs the script?
25      A.   That's correct.

 1      Q.   So in order for TrustedForm to function on a
 2  website, it requires two parties to sort of collaborate;
 3  right?  There's the website owner who installs the
 4  script and ActiveProspect who designed and provides the
 5  script; is that a fair summary?
 6      A.   Yes.  We -- The -- There's the site owner has
 7  to install the script and we're the ones that provide
 8  the script, that's correct.
 9      Q.   Right.  So in this case, without Assurance or
10  Prudential, whichever one of them installed TrustedForm
11  on the webform here, it wouldn't have functioned on
12  term.prudential.com; right?
13      A.   That's correct.
14      Q.   And so without them installing it, no
15  information would have been captured by the TrustedForm
16  software; right?
17      A.   That's correct.
18      Q.   Okay.  I'm going to talk about in the 2021,
19  2022 timeframe, can you describe what is typical in
20  ActiveProspect's normal functioning?  How much contact
21  does ActiveProspect have with its clients or consumers,
22  folks who use the TrustedForm software on their
23  websites?
24           MS. FISHER:  Objection to the extent the
25      question seeks information outside the scope of the

STEVEN MICHAEL RAFFERTY - 30(B)(6) - 30(B)(1)                    JOB NO. 930595
MAY 09, 2024

6      Q.   Okay.  One of the other main things in Topic 6

7  is the manner in which you organize and store

8  information.

9            So please describe the general manner in which

10 ActiveProspect stored the information it collected

11 through the use of TrustedForm on term.prudential.com?

12     A.   So the -- As I discussed, a certificate is

13 issued for each site visitor.

14           If that certificate is submitted with the rest

15 of the form data to the site owner and then the site

16 owner then makes that API call to us that we described

17 to claim that certificate, then at that point, we will

18 store it in their account on their behalf.

19           If that does not happen, then by default we

20 delete the data.

21     Q.   When you say "in their account," I think

22 earlier you told me that's in the Amazon cloud -- I

23 can't think of the name of it, but it's in the Amazon

24 web service?

25     A.   Amazon Web Services.

 1  certificate for everybody that fills out the form;

 2  right?

 3          MS. FISHER:  Objection.  Assumes facts not in

 4      evidence.

 5      A.   If TrustedForm is functioning properly, a

 6  TrustedForm Certificate will be issued for every site

 7  visitor to the page where the TrustedForm script is

 8  installed.

 9  BY MS. GLIOZZO:

10      Q.   Okay.  And then you started to describe

11  reasons why it might not function properly; right?

12      A.   Right.

13      Q.   Okay.  Let me -- I'm going to go to an exhibit

14  here that might help us talk through them all.

15          MS. GLIOZZO:  This is going to be the next

16      numbered exhibit, which is 42.  The next numbered

17      exhibit is number 42.  And if I can get it up.

18          (Plaintiffs' Exhibit 42, Certificate Wouldn't

19      Be Created, was marked for identification.)

20  BY MS. GLIOZZO:

21      Q.   Okay.  Here's number 42.  Do you see that?

22      A.   I do.

23      Q.   Then scrolling to the bottom we see as before

24  this is one of those posts on

25  community.activeprospect.com; right?

1        A.   I was going to say, I think this one's

2   probably somewhat unusual.

3        Q.   Okay.  You mentioned before part of the data

4   that's collected on a TrustedForm Certificate is

5   metadata of the user; right?

6        A.   Yes.  I don't know if -- but, yes, part of the

7   data that we capture is metadata.



1  the specifics.  Right?

2      A.   Yeah.  If you were -- What I would do, per

3  your question, I would go to that site and I'd look back

4  and just try and look at the history and see if there's

5  anything happened then, we should have record of there.

6      Q.   Okay.  I want to ask everything on this list

7  it says, these are "scenarios that would," quote,

8  "prevent a TrustedForm Certificate URL from being

9  created."

10          My understanding right, this is a sort of list

11  of -- it's a binary.  It's either a certificate is

12  created or it's not.  None of these would lead to a sort

13  of an incomplete certificate; is that right?

14      A.   I think you can get an incomplete certificate

15  if the TrustedForm script is implemented incorrectly.

16      Q.   Okay.  So other than the script being

17  implemented incorrectly, the rest of these are binary.

18  If the certificate is created, we can assume none of

19  these things occurred; is that fair?

20      A.   Yeah, I think that's generally fair.

21          I mean, with a bad Internet connection it

22  could create problems.  I could see a certificate being

23  created, but typically don't get all of the information

24  because of bad, bad connectivity.

25          There could be gaps.

 1      Q.    Are you aware of any material changes to the

 2   TrustedForm script in the 2021, 2022 timeframe that

 3   changed the way that the software operates?

 4      A.    Changed the way the script operates.

 5            The only thing I can think of -- I don't

 6   recall the date precisely -- is we would look at the --

 7   we started to be able to see when someone clicked this

 8   big button.

 9      Q.    Am I understanding that there's like a time

10   stamp for when they start and a time stamp for when they

11   click submit, those are two different data points,

12   that's the change; is that what you're describing?

13      A.    We started -- We wanted to -- I can't remember

14   the date on that.  Sorry.

15            But one -- one -- one change that took place

16   is looking at -- we tried to look at when someone

17   submitted actively, you know, clicked "Submit".

18      Q.    Okay.  So there's like a separate time stamp

19   that's recorded for the clicking submit event; am I

20   understanding that's what you're describing?

21      A.    Should be.

22      Q.    Okay.  Does the --

23      A.    Actually, materially, that's the same as a key

24   stroke, so no difference in data.

25      Q.    Okay.  And then does the software work the

 1  same whether the visitor to the website is a mobile or a

 2  desktop user?

 3       A.   Yeah.  We have a -- If they're -- If a user is

 4  interfacing with a mobile app, we do have a separate STK

 5  for mobile apps.

 6       Q.   Okay.

 7       A.   But if it's just a mobile user going to a

 8  normal web page, then it works basically the same.

 9       Q.   Okay.  So with regard to term.prudential.com

10  which is a website, not an app, the software functions

11  the same whether it's someone going to the website on

12  their phone or on their desktop computer; right?

13       A.   That's correct.

14       Q.   Okay.  And I just want to confirm that I

15  understand this correctly, the information that

16  TrustedForm collects, we just looked at the list --

17       A.   Yep.

18       Q.   -- does that vary based on what a user's

19  cookie settings are?

20       A.   We don't cookie users, so it should not vary.

21  We don't cookie users.  We don't engage in cross-site

22  tracking.  We generally do whatever we can to protect

23  consumer privacy.

24       Q.   And does the information collected by

25  TrustedForm, does that vary based on which web browser

 1  the user is using?

 2      A.   It should not.

 3      Q.   Does it vary based on whether the user has a

 4  firewall installed?

 5      A.   I don't know.  I wouldn't be able to speak to

 6  that.

 7      Q.   Okay.  I think that's all I've got for number

 8  9.

 9           MS. GLIOZZO:  So we can break for lunch now.

10           THE WITNESS:  Sounds good.

11           MS. FISHER:  Great.

12           THE VIDEOGRAPHER:  Okay.  The time is

13      1:24 p.m. Central and we are off the record.

14           (A lunch break was taken at 1:24 p.m. and the

15      following commenced at 2:06 p.m. CT.)

16           THE VIDEOGRAPHER:  The time is 2:06 p.m.

17      Central and we're back on the record.

18  BY MS. GLIOZZO:

19      Q.   Mr. Rafferty, before we start up, I wanted to

20  ask, is there any of your previous testimony that after

21  the break you would like to amend or correct?

22      A.   I don't think so.

23      Q.   Great.  Okay.  Let's go to Topic 10.  So on

24  the Notice you will see Topic 10 is your use of

25  information obtained through TrustedForm.com; do you see

1      Q.   Okay.  What, if any, are the categories of use

2    that ActiveProspect uses data from TrustedForm on

3    prudential.com?

4      A.   So any data that's collected by TrustedForm on

5    the websites is owned by those websites.

6      Q.   So how, if at all, does ActiveProspect use

7    that data?

8      A.   So the data we collect is captured in a

9    TrustedForm certificate, which we store for the site

10   owner, and then that site owner can, at their

11   discretion, pass that certificate to another party if

12   they so choose.

13         Like I mentioned before, we think of a

14   certificate like a lock box with a -- the key being that

15   certificate ID.  And so if they pass that certificate on

16   to another party, and give them the key, then we can let

17   that other party access that certificate as well.

18      Q.   So is it fair to say, then, that

19   ActiveProspect uses the data captured in the TrustedForm

20   certificates to provide services to its clients?

21         MS. FISHER:  Objection.  Misstates the

22      witness' prior testimony.

23      A.   The question is did we use -- yeah, I mean,

24   the information collected by the certificate is for the

25   use of the services.  We don't use the data for other

STEVEN MICHAEL RAFFERTY - 30(B)(6) - 30(B)(1)
MAY 09, 2024

JOB NO. 930595



 1  idea.  Like, this article's a little old.

 2  BY MS. GLIOZZO:

 3      Q.   Okay.  And then I think there's one more that

 4  I want to show you.

 5           For purposes of the TCPA compliance goal of

 6  the TrustedForm software, your marketing says it's

 7  important that that documentation comes from a

 8  third-party as opposed to the owner of the website;

 9  right?  That's generally true?

10      A.   We believe the documentation should be

11  independent, sort of like you have an auditor, an

12  independent auditor audit your financials.  I think it's

13  just better practice for people to know that what's

14  there is good, to have an independent party do it.

15           MS. GLIOZZO:  So I'm going to pull up what's

16      been marked as Exhibit 50.

17           (Plaintiffs' Exhibit 50, Pass the Data Without

18      Using TrustForm, was marked for identification.)

19  BY MS. GLIOZZO:

20      Q.   Do you see this is another post from

21  community.activeprospect.com; right?

22      A.   Okay.

23      Q.   And this says, "Why can't I just pass the data

24  without using TrustedForm," right?

25      A.   That's right.