(REDACTED)

FILED UNDER SEAL

EXHIBIT 10

```
 1                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
 2                       SAN FRANCISCO DIVISION
   _____
 3

 4   TYRONE HAZEL, ROXANE EVANS,    )
     VALERIE TORRES, and RHONDA     )
 5   HYMAN, individually and on     )
     behalf of all others          )
 6   similarly situated,            )
                                    ) No. 3:22-cv-07465-CRB
 7              Plaintiffs,         )
                                    )
 8          v.                      )
                                    )
 9   PRUDENTIAL FINANCIAL, INC.     )
     and ACTIVEPROSPECT, INC.,      )
10                                  )
                Defendants.         )
11   _____

12
                   VIDEOTAPED 30(b)(6) DEPOSITION OF
13
               PRUDENTIAL FINANCIAL, INC.'s DESIGNEE
14
                            DANIEL RENZ
15

16   _____

17                   Wednesday, March 13, 2024

18                    9:30 a.m. to 5:12 p.m.

19                     Seattle, Washington

20

21

22

23

24                         REPORTED BY:

25              KIM SCHEUERMAN, WA CCR NO. 2517
```

| 09:59AM | 1  | A. Yeah.  It was included on term.prudential.com when we |
| 09:59AM | 2  | launched that site on February twenty -- February 23rd, |
| 09:59AM | 3  | 2021. |
| 09:59AM | 4  | Q. Okay.  So before February 23rd of 2021, |
| 09:59AM | 5  | term.prudential.com, the web form to receive a quote |
| 09:59AM | 6  | for life insurance, didn't exist? |
| 09:59AM | 7  | A. That's right. |
| 09:59AM | 8  | Q. Okay.  And then when it did launch, TrustedForm was |
| 09:59AM | 9  | included in the code? |
| 09:59AM | 10 | A. That's right. |
| 09:59AM | 11 | Q. Okay.  Can you explain at a very general level -- |
|         | 12 | A. Yep. |
| 09:59AM | 13 | Q. -- how does Prudential make money from |
| 09:59AM | 14 | term.prudential.com, if it does? |
| 09:59AM | 15 | A. Yeah.  So again, we're getting a little bit outside of |
| 09:59AM | 16 | what I would have -- what I would've prepped on. |
| 10:00AM | 17 | Q. Okay. |
| 10:00AM | 18 | A. Or educated myself on, but my understanding is you can |
| 10:00AM | 19 | buy life -- Prudential life insurance quotes through |
| 10:00AM | 20 | the term.prudential.com website.  Obviously, if a |
| 10:00AM | 21 | consumer is buying a Prudential life insurance policy, |
| 10:00AM | 22 | you -- you know, Prudential is -- is making money in |
| 10:00AM | 23 | that instance. |
| 10:00AM | 24 | And then Assurance IQ or -- or other US -- other |
| 10:00AM | 25 | Prudential distributors, its own retail advice and |

| | | |
|---|---|---|
| 10:10AM | 1 | outside the scope of the 30(b)(6) topic. |
| 10:10AM | 2 | A. Yeah.  So I -- I don't know how they impact the web |
| 10:11AM | 3 | form.  But I just know that Justin Schmauser, for |
| 10:11AM | 4 | instance, used to be in our -- what we would think of |
| 10:11AM | 5 | as our life insurance -- our lifeline of business. |
| 10:11AM | 6 | And as a -- as a senior product manager, we have |
| 10:11AM | 7 | reshuffled the way we organize our technology |
| 10:11AM | 8 | organization and our business generally, and Justin now |
| 10:11AM | 9 | reports to -- to someone else.  He is in the |
| 10:11AM | 10 | product org.  So... |
| | 11 | Q. (By Ms. Gliozzo)  Okay. |
| 10:11AM | 12 | A. But I don't -- I -- I don't know how that impacted |
| 10:11AM | 13 | term.prudential.com, if at all. |
| 10:11AM | 14 | Q. That's fine.  And you told me before there was some |
| 10:11AM | 15 | shared executives between Assurance and Prudential? |
| 10:11AM | 16 | A. So shared in the sense of certain of our executives are |
| 10:11AM | 17 | Prudential employees.  Yeah.  So I'm not exactly sure |
| 10:11AM | 18 | what you mean by "shared."  But yes, Prudential |
| 10:11AM | 19 | employees who are our executives. |
| 10:11AM | 20 | Q. Okay.  So maybe this answers that -- this is related to |
| 10:11AM | 21 | that.  I've seen in some of the documents there are |
| 10:12AM | 22 | folks who have both an Assurance e-mail address and a |
| 10:12AM | 23 | Prudential e-mail address, and both are copied on the |
| 10:12AM | 24 | chain? |
| 10:12AM | 25 | A. Yeah. |

10:12AM 1    Q. Is that the -- is that those folks that you're

10:12AM 2       referring to?

10:12AM 3    A. That would be true of the folks that I mentioned.

10:12AM 4    Q. Okay.

10:12AM 5    A. There may be other Assurance folks for whom that's

10:12AM 6       true, but I -- I don't have that full list off the top

10:12AM 7       of my head of who -- who exactly are Prudential

10:12AM 8       employees that are --

10:12AM 9    Q. Okay.  One of them --

10:12AM 10   A. -- sort of assigned to Assurance.

10:12AM 11   Q. Sorry.  One of them was Ashley Westover.

10:12AM 12          Can you remind me what her role is?

10:12AM 13   A. She is Assurance IQ's privacy officer.

10:12AM 14   Q. What is her role at Prudential?

10:12AM 15   A. I do not know.

10:12AM 16   Q. Okay.  And then another one was -- I pronounce this

10:12AM 17      wrong.  Kristin Gemski?

10:12AM 18   A. Gemski.

10:12AM 19   Q. Gemski.  What's her role?

10:12AM 20   A. So Kristin is no longer at Assurance or Prudential.

10:12AM 21   Q. Okay.

10:12AM 22   A. But she was a -- she was a lawyer.  She was our deputy

10:12AM 23      chief legal officer at Assurance briefly.  And before

10:12AM 24      that, she was corporate counsel at Prudential.  But I

10:13AM 25      don't know her exact titles when at Prudential.

| | | |
|---|---|---|
| 10:14AM | 1 | initially contracted with ActiveProspect. |
| 10:14AM | 2 | Q. Okay.  You said you're guessing? |
| 10:14AM | 3 | A. Yeah.  So -- so I -- I didn't discuss with anybody. |
| 10:14AM | 4 | I -- yeah.  I do not know how we originally decided to |
| 10:15AM | 5 | use TrustedForm on Assurance websites. |
| 10:15AM | 6 | Q. Okay.  And so then who -- who's the person at |
| 10:15AM | 7 | Prudential that sort of has the best understanding of |
| 10:15AM | 8 | what TrustedForm is and how it works? |
| 10:15AM | 9 | A. Do you mean at Assurance or -- yeah. |
| 10:15AM | 10 | Q. I mean at Prudential? |
| 10:15AM | 11 | A. I don't know who the best -- it -- yeah, I -- it -- |
| 10:15AM | 12 | Q. Can you tell me generally who those people are? |
| 10:15AM | 13 |                 MS. FISHER:  Objection.  Foundation. |
| 10:15AM | 14 | A. Probably Doug Moran, our CLO. |
| 10:15AM | 15 | Q. (By Ms. Gliozzo)  Somebody named Doug? |
| 10:15AM | 16 | A. What's that?  Doug Moran. |
| 10:15AM | 17 | Q. Doug Moran? |
| 10:15AM | 18 | A. Yep. |
| 10:15AM | 19 | Q. And what did you say that Doug's title is? |
| 10:15AM | 20 | A. Chief legal officer at Assurance IQ. |
| 10:15AM | 21 | Q. Okay.  At Assurance.  So I was asking about Prudential. |
| 10:15AM | 22 | A. Yeah. |
| 10:15AM | 23 | Q. Am I understanding you right that -- is there anyone at |
| 10:16AM | 24 | Prudential that understands how TrustedForm works? |
| 10:16AM | 25 | A. So Doug is a Prudential employee, as I mentioned |

| | | |
|---|---|---|
| 10:16AM | 1 | before. |
| 10:16AM | 2 | Q. Okay.  So he's Assurance's chief legal officer and he's |
| 10:16AM | 3 | also Prudential. |
| 10:16AM | 4 | A. Yeah.  This is -- yeah.  What I -- what I mentioned |
| 10:16AM | 5 | before around how certain of our executives are |
| 10:16AM | 6 | Prudential employees assigned to Assurance. |
| 10:16AM | 7 | Q. Okay.  What's his title at Prudential? |
| 10:16AM | 8 | A. I actually don't know.  Probably VP.  I don't... |
| 10:16AM | 9 | Q. VP of something? |
| 10:16AM | 10 | A. He's -- he's a lawyer, so... |
| 10:16AM | 11 | Q. Okay. |
| 10:16AM | 12 | A. But I don't know what his title is at Prudential. |
| 10:16AM | 13 | Q. He is a lawyer.  Okay.  Good to know. |
| 10:16AM | 14 | Is there anyone outside Prudential's legal |
| 10:16AM | 15 | department that understands generally how TrustedForm |
| 10:16AM | 16 | works or interacts with it in any way in their normal |
| 10:16AM | 17 | business? |
| 10:16AM | 18 | A. No one that interacts with it in their normal business. |
| 10:16AM | 19 | I don't know about your -- your prior question about |
| 10:16AM | 20 | people who understand it. |
| 10:16AM | 21 | Q. Okay.  That's about -- let me write it down. |
| 10:16AM | 22 | Is there anyone at Prudential that interacts with |
| 10:16AM | 23 | the TrustedForm software in the course of their normal |
| 10:17AM | 24 | business? |
| 10:17AM | 25 | A. No. |

11:21AM   1        Allen in response to his e-mail?

11:21AM   2    A. Do you want me to just read it?

11:21AM   3    Q. Just the first two sentences is fine.

11:21AM

11:21AM

11:21AM

11:22AM

11:22AM

11:22AM

11:22AM

11:22AM

11:22AM

11:22AM

11:22AM

11:22AM

11:22AM

11:22AM

11:22AM

11:22AM

11:22AM

11:22AM

11:22AM  22    Q. Well, let me ask you:  Who pays for the TrustedForm

11:23AM  23       product on term.prudential.com?

11:23AM  24    A. Assurance.

11:23AM  25    Q. Assurance?  Okay.  Let's go to a different document.

11:39AM

11:39AM

11:39AM

11:39AM

11:39AM

11:39AM

11:39AM

11:39AM

11:39AM

11:39AM

11:39AM

11:39AM

11:39AM

11:40AM

11:40AM

11:40AM

11:40AM

11:40AM

11:40AM

11:40AM

11:40AM

11:40AM

11:40AM

11:40AM

11:40AM



| | | |
|---|---|---|
| 11:49AM | 1 | MS. FISHER:  Objection to the extent the |
| 11:49AM | 2 | question calls for information outside the noticed |
| 11:49AM | 3 | 30(b)(6) topics. |
| 11:49AM | 4 | Q. (By Ms. Gliozzo)  Are you aware of the number of |
| 11:49AM | 5 | instances that information was captured? |
| 11:49AM | 6 | A. No.  Because I didn't prepare to speak to that, given |
| 11:49AM | 7 | our -- how we narrowed this topic in our responses and |
| 11:49AM | 8 | objections. |
| 11:49AM | 9 | Q. So maybe this is a question I have for Grace, not that |
| 11:49AM | 10 | I have for you.  That's fine. |
| 11:49AM | 11 | Okay.  So what is the number of individuals who |
| 11:49AM | 12 | submitted information on term.prudential.com from March |
| 11:50AM | 13 | 2022 to January of 2023? |
| 11:50AM | 14 | A. Yeah.  I would say not the number of individuals who |
| 11:50AM | 15 | submitted information, the number of individuals who |
| 11:50AM | 16 | submitted a name on term.prudential.com during that |
| 11:50AM | 17 | time period from a California IP address was 40,954. |
| 11:50AM | 18 | Q. 40,954? |
| 11:50AM | 19 | A. Yes. |
| 11:50AM | 20 | Q. Exhibit 6, which is your notes, that's the number |
| 11:50AM | 21 | that's listed under Kevin Bao's name, right? |
| 11:50AM | 22 | A. That's right. |
| 11:50AM | 23 | Q. Okay.  So this number came from Kevin Bao? |
| 11:50AM | 24 | A. Right. |
| 11:50AM | 25 | Q. How did he determine that that is the number? |

| | | |
|---|---|---|
| 11:50AM | 1 | How did Prudential determine that that is the |
| 11:50AM | 2 | number? |
| 11:50AM | 3 | A. We looked at our database of consumers who had entered |
| 11:50AM | 4 | a name into term.prudential.com during relevant time |
| 11:50AM | 5 | period, March '22 to January 2023, and then filtered by |
| 11:50AM | 6 | California IP addresses. |
| 11:51AM | 7 | Q. Okay.  And is this -- we talked about Assurance has its |
| 11:51AM | 8 | database and Prudential has its sort of parallel |
| 11:51AM | 9 | database. |
| 11:51AM | 10 | This is in the Prudential database? |
| 11:51AM | 11 | A. No.  This is the Assurance database. |
| 11:51AM | 12 | Q. Assurance.  Okay.  Do you know, if you did that in the |
| 11:51AM | 13 | Prudential database, is it a different number? |
| 11:51AM | 14 | A. I don't know. |
| 11:51AM | 15 | Q. You didn't look? |
| 11:51AM | 16 | A. Didn't look. |
| 11:51AM | 17 | Q. Why did you pick the Assurance database over the |
| 11:51AM | 18 | Prudential one to find the answer to this question? |
| 11:51AM | 19 | A. I -- I don't know why we -- we picked the Assurance |
| 11:51AM | 20 | database because that's where we store customer |
| 11:51AM | 21 | information -- the information input into |
| 11:51AM | 22 | term.prudential.com. |
| 11:51AM | 23 | Q. I thought -- maybe I misunderstood.  I thought the |
| 11:51AM | 24 | Prudential parallel database had all the same |
| 11:51AM | 25 | information; am I wrong? |

| | | |
|---|---|---|
| 11:51AM | 1 | A. I didn't say that.  I said that the Prudential |
| 11:51AM | 2 | database -- I understand it at a high level -- that it |
| 11:51AM | 3 | was used to store certain information about consumers |
| 11:52AM | 4 | who had come through term.prudential.com so that |
| 11:52AM | 5 | Prudential could -- certain groups at Prudential could |
| 11:52AM | 6 | reach out to those individuals. |
| 11:52AM | 7 | That is not the same thing as saying that they |
| 11:52AM | 8 | store -- they store the exact same information that we |
| 11:52AM | 9 | store on the Assurance side.  But it's an |
| 11:52AM | 10 | Assurance-hosted website, so our database is capturing |
| 11:52AM | 11 | everything that was put into the web pages. |
| 11:52AM | 12 | Q. Okay.  So potentially, the Prudential database includes |
| 11:52AM | 13 | less than everybody? |
| 11:52AM | 14 | A. I don't know. |
| 11:52AM | 15 | MS. FISHER:  Objection.  Calls for |
| 11:52AM | 16 | speculation. |
| 11:52AM | 17 | Q. (By Ms. Gliozzo)  But the Assurance database, which is |
| 11:52AM | 18 | the one you looked at, does include information for all |
| 11:52AM | 19 | the leads that were submitted in this time frame, |
| 11:52AM | 20 | right? |
| 11:52AM | 21 | A. Yes.  And can I make one more comment on the number? |
| 11:52AM | 22 | Q. Sure.  What's the comment about the number that you |
| 11:52AM | 23 | want to make? |
| 11:52AM | 24 | A. Just that -- so I said the number of individuals who |
| 11:52AM | 25 | put a name in the term.prudential.com -- yeah.  That -- |



| 01:20PM | | |
| 01:20PM | | |
| 01:21PM | | |
| 01:21PM | | |
| 01:21PM | | |
| 01:21PM | | |
| 01:21PM | | |
| 01:21PM | | |
| 01:21PM | | |
| 01:21PM | | |
| 01:21PM | | |
| 01:21PM | | |
| 01:21PM | | |
| 01:21PM | | |
| 01:21PM | | |
| 01:21PM | | |
| 01:21PM | | |
| 01:21PM | 18 | Q. Were there any changes between 2021 when it launched |
| 01:21PM | 19 | and the beginning of 2023 to the content of what was |
| 01:21PM | 20 | being requested from someone filling out the form? |
| 01:22PM | 21 | A. No material changes to the types of information we |
| 01:22PM | 22 | requested from individuals filling out the form. |
| 01:22PM | 23 | Q. Okay.  Were there immaterial changes? |
| 01:22PM | 24 | A. Those are what I just spoke to. |
| 01:22PM | 25 | Q. Okay.  So look and feel is -- I -- I had interpreted |

01:22PM   1        that to be like design and that type of thing.  But

01:22PM   2        you're saying potentially it was like the wording of

01:22PM   3        the question, but not the information that the question

01:22PM   4        is seeking to elicit; is that right?

01:22PM   5    A. Right.  Because this is a -- because my understanding

01:22PM   6        is this is the information necessary to generate a life

01:22PM   7        insurance quote.  So -- so that itself wouldn't have

01:22PM   8        changed materially.

01:22PM   9    Q. Okay.  So all of the information that we just went

01:22PM  10        through, height, weight, medical history, medications,

01:22PM  11        all that stuff, that's been consistently asked in this

01:22PM  12        web form since its launch?

01:22PM  13    A. That's my understanding.

01:22PM  14    Q. Okay.  Okay.

01:23PM  15                (Exhibit 19 marked for identification.)

01:23PM  16    Q. (By Ms. Gliozzo)  Okay.  I am handing you what's been

01:23PM  17        marked as Exhibit 19.  Do you see this is a document

01:23PM  18        that was produced in this case?

01:23PM  19    A. Yes.

01:23PM  20    Q. And it's just a link, right?

         21    A. It's a what?

01:23PM  22    Q. It's just a link?

01:23PM  23    A. This page, yes.

01:23PM  24    Q. Okay.  If you turn the page, what I've done here is

01:23PM  25        I've followed the link and then I've put in -- you

01:37PM  1   Q. Shows it's not -- it's not displaying there; am I

01:37PM  2      right?

01:37PM  3   A. Right.

01:37PM  4   Q. Do you see anywhere on this representation of what the

01:37PM  5      person viewed anything that would purport to get their

01:38PM  6      consent to be recorded?

01:38PM  7              MS. FISHER:  Objection to the extent the

01:38PM  8      question calls for a legal conclusion and to the extent

01:38PM  9      the question seeks information outside the scope of the

01:38PM 10      noticed 30(b)(6) topics.

01:38PM 11   A. There's nothing here other than what I see.

01:38PM 12   Q. (By Ms. Gliozzo)  Okay.  There's nothing that says

01:38PM 13      consent, right?

01:38PM 14   A. Right.

01:38PM 15   Q. There's nothing that says privacy notice, right?

01:38PM 16   A. Not on this page.  Right.

01:38PM 17   Q. There's nothing that says, By continuing you agree to

01:38PM 18      our terms, right?

01:38PM 19   A. Right.

01:38PM 20   Q. There's nothing that says, TrustedForm is operating on

01:38PM 21      this page, right?

01:38PM 22   A. That's right.

01:38PM 23   Q. It doesn't say TrustedForm anywhere on here?

01:38PM 24   A. In this session replay window?

01:38PM 25   Q. Right.

| | | |
|---|---|---|
| 01:43PM | 1 | will be added on Plate 2, redacted," right? |
| 01:44PM | 2 | A. Right. |
| 01:44PM | 3 | Q. And it says, "This banner appears, requires no |
| 01:44PM | 4 | interaction, & disappears on any additional click," |
| 01:44PM | 5 | right? |
| 01:44PM | 6 | A. That's what it says.  Yeah. |
| 01:44PM | 7 | Q. Underneath it says, "This banner is more of a notice, |
| 01:44PM | 8 | rather than changeable consent button," right? |
| 01:44PM | 9 | A. Right. |
| 01:44PM | 10 | Q. And then it says language as follows, and it provides |
| 01:44PM | 11 | the language of a potential banner, right? |
| | 12 | A. Right. |
| 01:44PM | 13 | Q. To your knowledge, was a banner along the lines |
| 01:44PM | 14 | described here subsequently added to the |
| 01:44PM | 15 | term.prudential.com web form? |
| 01:44PM | 16 | A. Yes. |
| 01:44PM | 17 | Q. Okay.  When was it added? |
| 01:44PM | 18 | A. December 14th, 2022. |
| 01:44PM | 19 | Q. Okay.  Do you know, is the language here -- do you know |
| 01:44PM | 20 | if that's the final language that was used? |
| 01:45PM | 21 | A. I don't know.  I would have to see a -- a screenshot. |
| 01:45PM | 22 | Q. And you told me before, Ashley Ambrose is somebody in |
| 01:45PM | 23 | AIQ's legal department; is that right? |
| 01:45PM | 24 | A. No.  She is a -- she is Assurance's privacy officer. |
| 01:45PM | 25 | Q. Privacy officer.  Okay.  Is she a lawyer? |

| | | |
|---|---|---|
| 02:45PM | 1 | A. Let me look through it.  Yes. |
| 02:45PM | 2 | Q. What is it? |
| 02:45PM | 3 | A. This is Prudential's privacy notice that's posted on |
| 02:45PM | 4 | its website from its privacy center. |
| 02:45PM | 5 | Q. Okay.  Do you see on the second page at the very |
| 02:45PM | 6 | bottom, it says "Privacy Ed 1/2022," right? |
| 02:46PM | 7 | A. At the very bottom right there?  Yes. |
| | 8 | Q. Yes. |
| 02:46PM | 9 | A. Privacy ed 1/22. |
| 02:46PM | 10 | Q. Okay.  I'm going to hand you another document.  This is |
| 02:46PM | 11 | going to be marked as Exhibit 28. |
| 02:46PM | 12 | (Exhibit 28 marked for identification.) |
| 02:46PM | 13 | Q. (By Ms. Gliozzo)  Okay.  What is Exhibit 28? |
| 02:46PM | 14 | A. So this is also Prudential's privacy notice, but the |
| 02:46PM | 15 | 2023 version of it. |
| 02:46PM | 16 | Q. Okay.  So the date on this one in the bottom, it says, |
| 02:46PM | 17 | 1/2023, right? |
| 02:46PM | 18 | A. Right. |
| 02:46PM | 19 | Q. January 2023? |
| 02:46PM | 20 | A. Right. |
| 02:46PM | 21 | Q. Okay.  So the version of the privacy notice that it -- |
| 02:46PM | 22 | was in force during our relevant time period is the -- |
| 02:46PM | 23 | the first one, right, 2022? |
| 02:46PM | 24 | A. Well, if we're going all the way through January 2023, |
| 02:46PM | 25 | then both would be relevant at different times. |

| | | |
|---|---|---|
| 03:05PM | 1 | A. The top of page 2? |
| | 2 | Q. Uh-huh. |
| 03:05PM | 3 | A. "It is also intended to capture," that sentence? |
| 03:05PM | 4 | Q. That's right. |
| 03:05PM | 5 | A. Okay.  "It is also intended to capture what was viewed |
| 03:05PM | 6 | by the site visitor on the Hosting Page, as well as the |
| 03:06PM | 7 | site visitor's real-time interactions with the Hosting |
| 03:06PM | 8 | Page, for example, clicks, mouse movements, and data |
| 03:06PM | 9 | inputs." |
| 03:06PM | 10 | Q. Okay.  And Assurance used this technology before it was |
| 03:06PM | 11 | implemented on the Pru Branded Path, right? |
| 03:06PM | 12 | MS. FISHER:  Objection to the extent the |
| 03:06PM | 13 | question calls for information outside the scope of the |
| 03:06PM | 14 | noticed 30(b)(6) topics. |
| 03:06PM | 15 | A. Yes. |
| 03:06PM | 16 | Q. (By Ms. Gliozzo)  Okay.  So in addition to it being |
| 03:06PM | 17 | described here, Assurance also knew how the technology |
| 03:06PM | 18 | worked from experience, right? |
| 03:06PM | 19 | MS. FISHER:  Objection to the extent the |
| 03:06PM | 20 | question calls for information outside the scope of the |
| 03:06PM | 21 | noticed 30(b)(6) topics and calls for speculation. |
| 03:06PM | 22 | A. Yes.  Whoever worked on TrustedForm at the time, yes. |
| 03:06PM | 23 | Q. (By Ms. Gliozzo)  Okay.  Let's skip down.  Do you see |
| 03:06PM | 24 | under "Your Data and Content; Privacy"? |
| 03:06PM | 25 | A. Yes. |

03:58PM   1      policies in the footer of the website.

03:58PM   2          So those are sort of conspicuously there in the

03:58PM   3      footer of the website and those always have been.  And

03:58PM   4      that link is -- it -- the link -- the hyperlink, I

03:58PM   5      think it says privacy center, and when you click on

03:58PM   6      that, it takes you to Prudential's privacy center.

03:58PM   7   Q. Okay.  So my question for you is:  If a user of the

03:58PM   8      website, they're on prudential.com, there's a link to

03:58PM   9      Prudential's privacy center, they go through Pru

03:59PM  10      Branded Path, and there may be a link at the end of

03:59PM  11      that to Prudential's privacy center, right?

03:59PM  12   A. Not at the end of that.  On each and every page, in the

03:59PM  13      footer of the page.

03:59PM  14   Q. Okay.  How is the Assurance privacy policy presented to

03:59PM  15      a user, if at all?

03:59PM  16   A. It's -- on term.prudential.com?

03:59PM  17   Q. Uh-huh.

03:59PM  18   A. In -- as I mentioned, that was an update on March --

03:59PM  19      that's the March 10th, 2023 update where the

03:59PM  20      Prudential -- sorry, the Assurance privacy center was

03:59PM  21      linked from the banner.

03:59PM  22   Q. Okay.  So before March 10th, 2023, how, if at all, is

03:59PM  23      any user directed to the Assurance privacy policy?

03:59PM  24   A. Not -- not directly from the -- yeah.  Not from the

03:59PM  25      page.

03:59PM   1    Q. Not -- okay.  Not --

03:59PM   2    A. Because as I mentioned, that privacy center link goes

03:59PM   3       to Prudential's privacy policy, which is the documents

03:59PM   4       we had looked at previously.

03:59PM   5    Q. Okay.  So then can you help me understand.  I asked if

04:00PM   6       you wanted to find out if there was any record of

04:00PM   7       whether a particular visitor went to the privacy center

04:00PM   8       or not, you would ask Kevin Bao, who's at Assurance.

04:00PM   9           But it's the Prudential privacy policy that's the

04:00PM  10       relevant one for our time frame, right?

04:00PM  11               MS. FISHER:  Objection to the extent the

04:00PM  12       question seeks information outside the scope of the

04:00PM  13       30(b)(6) topics and assumes facts not in evidence.

04:00PM  14    A. Again, it's an Assurance hosted website where, as I

04:00PM  15       mentioned, we built the website.  So we -- we would --

04:00PM  16       if we capture that sort of data, Assurance would --

04:00PM  17       Assurance more than Prudential would have -- I guess,

04:00PM  18       you know -- anyways.  Yes.  It -- I say Kevin because

04:00PM  19       that click would have happened on the website we built,

04:00PM  20       which is Pru Branded Path, like -- like I mentioned

04:00PM  21       before.

04:00PM  22    Q. (By Ms. Gliozzo)  So if I want to know whether

04:00PM  23       Assurance collects information about whether somebody

04:00PM  24       visited Prudential's privacy policy, Kevin is the

04:00PM  25       person I should ask?

04:15PM  1    A. Oh, sorry.  I was looking at the very end.  There is a

04:15PM  2       date.  Yes.  1/18/2023.

04:15PM  3    Q. Okay.  I understand that represents the date that this

04:15PM  4       was last updated; is that correct?

04:15PM  5    A. That's my understanding.

04:15PM  6    Q. Okay.  So this is the updated California resident

04:15PM  7       policy from January 2023 on, right?

04:15PM  8    A. Right.

04:15PM  9    Q. Okay.  Let's go back to the first page.

         10   A. Okay.

04:16PM 11    Q. On the first page, it says, "Last updated:  December

04:16PM 12       2022."

04:16PM 13            Do you see that?

04:16PM 14    A. Yes.

04:16PM 15    Q. Okay.  Do you know if that's just outdated?

04:16PM 16    A. I don't know.  I don't know.

04:16PM 17    Q. Do you see, it says, "Your privacy is important to us.

04:16PM 18       This California resident privacy statement" -- blah,

04:16PM 19       blah, blah -- "applies to visitors, users, and others,"

04:16PM 20       quote, who reside in the State of California, right?

04:16PM 21    A. Right.

04:16PM 22    Q. And then it says, "The information in this privacy

04:16PM 23       statement is provided by Prudential Financial, its

04:16PM 24       subsidiaries and affiliates, other than Assurance IQ,"

04:16PM 25       right?

04:22PM  1    Q. TrustedForm collects personal information when folks

04:22PM  2       submit it on Pru Branded Path, right?

04:22PM  3              MS. FISHER:  Objection.  Calls for a legal

04:22PM  4       conclusion.

04:22PM  5    A. TrustedForm, it collects the information we sell.

04:22PM  6    Q. (By Ms. Gliozzo)  Right.  So like the information that

04:22PM  7       people enter into the form fields, that's included

04:22PM  8       in -- in what TrustedForm collects, right?

04:23PM  9    A. Yes.

04:23PM  10   Q. Okay.  There's one more thing I want to ask about on

04:23PM  11      this page.  I'm looking at PRU Bates page 13.

04:23PM  12   A. Okay.

04:23PM  13   Q. It's in the fine print.

04:23PM  14   A. Okay.

04:23PM  15   Q. The top of the page, the first full paragraph says

04:23PM  16      Assurance IQ, LLC is a wholly owned subsidiary

04:23PM  17      of Prudential Financial, right?

04:23PM  18   A. Right.

04:23PM  19   Q. And then Assurance "matches buyers with products such

04:23PM  20      as life and health insurance and auto insurance,

04:23PM  21      enabling them to make purchases online or through an

04:23PM  22      agent," right?

04:23PM  23   A. Right.

04:23PM  24   Q. Do you know why that's included here?

04:24PM  25              MS. FISHER:  Objection.  Calls for a legal

04:24PM   1      conclusion.  Objection to the extent the question calls

04:24PM   2      for information outside the scope of the noticed

04:24PM   3      30(b)(6) topics.

04:24PM   4   A. No, I don't.

04:24PM   5   Q. (By Ms. Gliozzo)  Because as we noted, Assurance is

04:24PM   6      explicitly carved out at the outset of who this

04:24PM   7      policy -- privacy statement applies to, right?

04:24PM   8   A. Other than Assurance IQ.  Yes.

04:24PM   9   Q. Okay.  Okay.  Have you seen the prior version of this

04:24PM  10      California resident privacy statement?

04:24PM  11              MS. FISHER:  Objection.  Vague and ambiguous.

04:24PM  12   A. I have not.

04:24PM  13   Q. (By Ms. Gliozzo)  Let me back up.  We saw that this was

04:24PM  14      last updated in January 2023, right?

04:24PM  15   A. Right.

04:24PM  16   Q. Did a version of this exist before then?

04:24PM  17   A. Well, this says last updated December 2022, so I assume

04:25PM  18      so.

04:25PM  19   Q. Did a version of -- of Prudential's California resident

04:25PM  20      privacy statement exist before December 2022?

04:25PM  21   A. Yes.

04:25PM  22   Q. Okay.  But you haven't reviewed it, you haven't seen

04:25PM  23      it?

04:25PM  24   A. Right.

04:25PM  25   Q. Okay.  I'll represent to you I looked through what was

04:25PM   1    produced in this case, and I couldn't find it.  So I

04:25PM   2    tried to find it myself.

04:25PM   3         You're familiar with the Wayback Machine, right?

04:25PM   4  A. Yes.  We saw that earlier.

04:25PM   5  Q. Okay.  As you point out.  Yeah.  Some of the documents

04:25PM   6    that Prudential has produced to us have used the

04:25PM   7    Wayback Machine, right?

04:25PM   8  A. Right.

04:25PM   9  Q. Okay.  So I'm going to hand you what has been marked as

04:25PM  10    Exhibit 31.

04:25PM  11               (Exhibit 31 marked for identification.)

04:25PM  12  Q. (By Ms. Gliozzo)  Do you see the first page of

04:25PM  13    Exhibit 31, and the screenshot from Wayback Machine,

04:25PM  14    right?

04:25PM  15  A. Right.

04:25PM  16  Q. And the date is June 4, 2022, right?

04:26PM  17  A. Right.

04:26PM  18  Q. And it's Prudential's California Consumer Privacy Act

04:26PM  19    disclosure, right?

04:26PM  20  A. Right.

04:26PM  21  Q. Okay.  If we turn to the next page, this is -- I

04:26PM  22    printed it out.  This is from the Wayback Machine.

04:26PM  23         Do you have any reason to doubt that this is the

04:26PM  24    genuine California Consumer Privacy Disclosure from

04:26PM  25    Prudential around June 4, 2022?

```
04:26PM   1   A. No.

04:26PM   2   Q. It looks right, doesn't it?

04:26PM   3   A. Yes.

04:26PM   4   Q. Okay.  If we jump to the last page.  And this one says

04:26PM   5      "Last Updated:  September 21, 2021," right?

04:26PM   6   A. Right.

04:26PM   7   Q. Okay.  So this is the version of the California

04:26PM   8      resident privacy policy that was in force for almost

04:26PM   9      all of the relevant time frame, right?

04:27PM  10   A. Right.

04:27PM  11   Q. Okay.  Let's just go through it and see if there are

04:27PM  12      any changes from the version we just looked at that I

04:27PM  13      want to flag.

04:27PM  14          In the first sentence, it says -- Assurance IQ is

04:27PM  15      similarly carved out, right?

04:27PM  16   A. Right.

04:27PM  17   Q. I assume -- well, let me just ask:  Do you know why

04:27PM  18      Assurance is carved out of this version of the

04:27PM  19      California resident policy?

04:27PM  20   A. No.

04:27PM  21          MS. FISHER:  Objection to the extent the

04:27PM  22      question calls for information outside the scope of the

04:27PM  23      noticed 30(b)(6) topics.

04:27PM  24   A. No.

04:27PM  25   Q. (By Ms. Gliozzo)  Okay.  Let's go to "Our Collection of
```

| | | |
|---|---|---|
| 04:27PM | 1 | Personal Information." |
| 04:27PM | 2 | A. Okay. |
| 04:27PM | 3 | Q. "In the past 12 months, we have collected the following |
| 04:27PM | 4 | categories of Personal Information relating to |
| 04:27PM | 5 | California residents," right? |
| 04:27PM | 6 | A. Right. |
| 04:27PM | 7 | Q. And then Number 6 is "Online Use Information," right? |
| 04:27PM | 8 | A. Right. |
| 04:27PM | 9 | Q. It says, quote, Internet or network activity |
| 04:28PM | 10 | information, such as browsing history and interactions |
| 04:28PM | 11 | with our website, okay? |
| 04:28PM | 12 | A. Right. |
| 04:28PM | 13 | Q. There's no mention of keystrokes and clicks, right? |
| 04:28PM | 14 | A. Not here.  Yeah. |
| 04:28PM | 15 | Q. Okay.  So that -- that's something that was added in |
| 04:28PM | 16 | the 2023 version, right? |
| 04:28PM | 17 | MS. FISHER:  Objection.  Calls for |
| 04:28PM | 18 | speculation.  And objection to the extent the |
| 04:28PM | 19 | question seeks information outside the scope of the |
| 04:28PM | 20 | noticed 30(b)(6) topics. |
| 04:28PM | 21 | A. Yep.  I don't recall if this is the exact spot that |
| 04:28PM | 22 | keystrokes was added in the last policy we looked at. |
| 04:28PM | 23 | So yes, that -- that was in that document, and I don't |
| 04:28PM | 24 | see it in this part of this document. |
| 04:28PM | 25 | Q. (By Ms. Gliozzo)  Okay.  I am looking for an analogous |

04:28PM  1      section to the third-party section we looked at before

04:28PM  2      that says we allow third parties to control the

04:28PM  3      collection of data.  And I don't see it in here.

04:28PM  4          Do you see it in here?

04:29PM  5  A. So when you say here, you're talking about the prior

04:29PM  6      document we looked at?

04:29PM  7  Q. Right.  In the 2021 version of the California --

04:29PM  8  A. The 2023 version?

04:29PM  9  Q. The language regarding third parties that was in the

04:29PM 10      2023 version, I don't see in the 2021 version.

04:29PM 11          Do you see it?

04:29PM 12              MS. FISHER:  Objection to the extent the

04:29PM 13      question seeks information outside the scope of the

04:29PM 14      30(b)(6) topics.

04:29PM 15  A. Let me read through it.

04:29PM 16  Q. (By Ms. Gliozzo)  Sure.

04:29PM 17              MS. FISHER:  Also, Nina, it appears that the

04:29PM 18      screenshot cuts off part of this chart.

04:29PM 19              MS. GLIOZZO:  I couldn't get it to print.  In

04:29PM 20      the one you produced, it's very similarly cut off.

04:29PM 21              MS. FISHER:  Okay.

        22              MS. GLIOZZO:  I --

04:29PM 23              MS. FISHER:  We'll follow up on that if

        24      needed.

04:29PM 25              MS. GLIOZZO:  The -- the link is provided

| 04:29PM | 1 | if -- if anybody needs to double-check it. |
| 04:29PM | 2 | MS. FISHER:  Okay. |
| 04:30PM | 3 | A. Yeah.  I do not -- just as I skim through it, I don't |
| 04:30PM | 4 | see a section titled third parties in this -- this |
| 04:30PM | 5 | earlier document. |
| 04:30PM | 6 | Q. (By Ms. Gliozzo)  Okay.  So in the version of the |
| 04:30PM | 7 | California resident privacy policy that was in force |
| 04:30PM | 8 | from 2021 through either December 2022 or January 18th, |
| 04:30PM | 9 | 2023, depending on which of the dates on either |
| 04:30PM | 10 | document you go by, visitors to the website are not |
| 04:30PM | 11 | told explicitly that third parties control the |
| 04:30PM | 12 | collection of personal information from them on certain |
| 04:30PM | 13 | parts of the website? |
| 04:30PM | 14 | MS. FISHER:  Objection.  The document speaks |
| 04:30PM | 15 | for itself.  And objection to the extent the question |
| 04:30PM | 16 | seeks information outside the scope of the 30(b)(6) |
| 04:30PM | 17 | topics. |
| 04:30PM | 18 | A. So yeah.  I don't see a reference that says control -- |
| 04:30PM | 19 | third parties do control the collection of personal |
| 04:30PM | 20 | information, but I do in -- in our -- in the section |
| 04:30PM | 21 | entitled, "Our Disclosure of Personal Information," "In |
| 04:30PM | 22 | the past 12 months, we have disclosed the following |
| 04:30PM | 23 | categories of Personal Information relating to |
| 04:31PM | 24 | California residents to the following categories of |
| 04:31PM | 25 | third parties for our business purposes." |

04:31PM  1    Q. (By Ms. Gliozzo)  Okay.  And --

04:31PM  2    A. And then there -- there's further clarity on that after

04:31PM  3       that table.

04:31PM  4    Q. Okay.  Nothing in there would tell anybody that a third

04:31PM  5       party is operating on the website to control the

04:31PM  6       collection of their personal information, right?

04:31PM  7                   MS. FISHER:  Objection.  Calls for

04:31PM  8       speculation.  Objection to the extent the question

04:31PM  9       seeks information outside the scope of the 30(b)(6)

04:31PM  10      topics.

04:31PM  11   Q. (By Ms. Gliozzo)  Let me rephrase the question.  This

04:31PM  12      disclosure does not include language that says third

04:31PM  13      parties control the collection of your personal

04:31PM  14      information on our website?

04:31PM  15   A. Right.

04:31PM  16   Q. Okay.  Nor does this 2021 version of the California

04:31PM  17      privacy policy advise -- include language that

04:31PM  18      information gathered by third parties is subject to the

04:32PM  19      privacy policies of those third parties?

04:32PM  20                  MS. FISHER:  Objection.  Document speaks for

04:32PM  21      itself.  And objection to the extent the question seeks

04:32PM  22      information outside the scope of the 30(b)(6) topics.

04:32PM  23   A. Yeah.  I don't see anything here.

04:32PM  24   Q. (By Ms. Gliozzo)  Do you know why that language was

04:32PM  25      added in the 2023 edition of this document?

04:32PM   1    A. I don't --

04:32PM   2              MS. FISHER:  Objection.  Calls for

04:32PM   3       speculation.  Objection to the extent the question

04:32PM   4       seeks information outside the scope of the noticed

04:32PM   5       30(b)(6) topics.

04:32PM   6    A. I don't.

04:32PM   7    Q. (By Ms. Gliozzo)  So in the California resident privacy

04:32PM   8       policy that was in force in 2021 onward, is there any

04:32PM   9       mention of ActiveProspect in this policy at all?

04:33PM  10    A. I did not see a mention to ActiveProspect as I skimmed

04:33PM  11       it.

04:33PM  12    Q. Is there any mention of TrustedForm?

04:33PM  13    A. I did not see one.

04:33PM  14    Q. Okay.  So if a user went on your website, you being

04:33PM  15       Prudential, in 2022 or 2021 and clicked on the

04:33PM  16       California resident privacy policy, there's nothing in

04:33PM  17       here that we have discussed or seen, there's nothing in

04:33PM  18       here at all that would tell them specifically that

04:33PM  19       ActiveProspect is a third party that controls the

04:33PM  20       collection of their data on Prudential's website?

04:33PM  21    A. As I said, I don't see a reference to TrustedForm or

04:33PM  22       ActiveProspect in this document.

04:33PM  23    Q. There's nothing to tell a visitor to your website in

04:33PM  24       2021 or 2022 who is looking at this policy that

04:33PM  25       ActiveProspect software is operating on

| | | |
|---|---|---|
| 04:34PM | 1 | term.prudential.com? |
| 04:34PM | 2 | A. There's no specific reference to that. |
| 04:34PM | 3 | Q. Okay.  Similarly, there's nothing to tell them that |
| 04:34PM | 4 | through the TrustedForm software, ActiveProspect is |
| 04:34PM | 5 | collecting the information they provide on the web |
| 04:34PM | 6 | form? |
| 04:34PM | 7 | MS. FISHER:  Objection.  Assumes facts not in |
| 04:34PM | 8 | evidence.  And objection to the extent the question |
| 04:34PM | 9 | seeks information outside the scope of the 30(b)(6) |
| 04:34PM | 10 | topics. |
| 04:34PM | 11 | A. Again, I don't see anything in the document about that. |
| 04:34PM | 12 | Q. (By Ms. Gliozzo)  Okay.  And as we have discussed, |
| 04:34PM | 13 | TrustedForm collects this information in real time, |
| 04:34PM | 14 | right, keystroke by keystroke, we saw that event log? |
| 04:34PM | 15 | MS. FISHER:  Objection.  Calls for a legal |
| 04:34PM | 16 | conclusion.  Objection.  Lacks foundation, and |
| 04:34PM | 17 | objection to the extent the questions seeks information |
| 04:34PM | 18 | outside the scope of the noticed 30(b)(6) topics. |
| 04:34PM | 19 | A. Yeah.  I can't speak to the exact operation of |
| 04:34PM | 20 | TrustedForm.  So if you say keystroke by keystroke, I |
| 04:34PM | 21 | don't know if it's every keystroke.  But generally, |
| 04:35PM | 22 | that is my understanding of TrustedForm. |
| 04:35PM | 23 | Q. (By Ms. Gliozzo)  The way that TrustedForm works, it |
| 04:35PM | 24 | collects information in real time, right? |
| 04:35PM | 25 | MS. FISHER:  Objection.  Misstates the |

04:38PM   1    Exhibit 31, right?

04:38PM   2    A. Yeah.

04:38PM   3    Q. Okay.  And we just confirmed TrustedForm records inputs

04:38PM   4       by the user mouse clicks in real time, right?

04:38PM   5                    MS. FISHER:  Objection.  Calls for a legal

04:38PM   6       conclusion.  And objection to the extent the question

04:38PM   7       seeks information outside the scope of the noticed

04:38PM   8       30(b)(6) topics.

04:38PM   9    A. Right.

04:38PM  10    Q. (By Ms. Gliozzo)  And there's no language in this

04:38PM  11       California resident privacy policy that would tell a

04:39PM  12       visitor to the website in 2021 or 2022 who clicked on

04:39PM  13       this privacy policy and looked at it, there's nothing

04:39PM  14       to tell them that TrustedForm is recording their inputs

04:39PM  15       and mouse movements in real time, right?

04:39PM  16                    MS. FISHER:  Objection.  Calls for

04:39PM  17       speculation.  And the document speaks for itself.

04:39PM  18    A. I don't see any reference to TrustedForm or

04:39PM  19       ActiveProspect.

04:39PM  20    Q. (By Ms. Gliozzo)  Okay.  In the 2023 version of this

04:39PM  21       policy, which is Exhibit 30, there is a reference to we

04:39PM  22       collect your keystrokes and mouse clicks, right, that's

04:39PM  23       the one, it's page PRU 4?

04:39PM  24    A. Yes.  Just grabbed it.  Say that again.

04:39PM  25    Q. In the 2023 version of the California resident

```
          1                    (Question read back.)

04:40PM    2                    MS. GLIOZZO:  Okay.

04:41PM    3                    MS. FISHER:  Same objection.

04:41PM    4    A. Are you talking about this or the -- this section or

04:41PM    5       the -- the whole policy?  Because there's the ref --

04:41PM    6       there's the third party section.

04:41PM    7    Q. (By Ms. Gliozzo)  The whole policy.

04:41PM    8    A. Yeah.  Well, there's the third party section that seems

04:41PM    9       to get at that.  But I can't speak to the -- the legal

04:41PM   10       answer to that question.

04:41PM   11    Q. Okay.  It doesn't tell folks that ActiveProspect is the

04:41PM   12       one to recording in real time, right?

04:41PM   13                    MS. FISHER:  Assumes facts not in evidence;

04:41PM   14       objection.  And objection to the extent the question

04:41PM   15       seeks information outside the scope of the 30(b)(6)

04:41PM   16       topics.

04:41PM   17    A. There is no explicit reference to ActiveProspect.

04:41PM   18    Q. (By Ms. Gliozzo)  Nor is there any reference in this

04:41PM   19       document to TrustedForm, right?

04:41PM   20    A. Right.

04:41PM   21    Q. Okay.  We looked a few minutes ago at the overall

04:41PM   22       Prudential privacy policy in 2022.

04:41PM   23            Do you remember that?

04:42PM   24    A. Yes.

04:42PM   25    Q. And similarly, in that document there's no explicit
```

04:42PM   1   reference to the operation of ActiveProspect on the

04:42PM   2   website?

04:42PM   3   A. Correct.

04:42PM   4   Q. In fact, when it does address third parties, that

04:42PM   5       document says you are not able to limit our ability to

04:42PM   6       share your information with third parties.

          7                   MS. FISHER:  Objection --

          8   A. Sorry.

04:42PM   9   Q. (By Ms. Gliozzo)  Do you remember that being in there?

04:42PM  10   A. That's, I think --

04:42PM  11                   MS. FISHER:  Misstates -- oh.

04:42PM  12   A. -- a misstatement.

04:42PM  13   Q. (By Ms. Gliozzo)  Well, let's look at it.

04:42PM  14   A. It's the -- there were two sections, as I recall, about

04:42PM  15       the sharing of information with third parties.  You

04:42PM  16       could restrict that in the case of sharing for

04:42PM  17       marketing purposes, and you could not restrict that in

04:42PM  18       the case of sharing for servicing and administrative

04:42PM  19       purposes.

04:42PM  20   Q. Thank you for that.  That's a useful clarification.  So

04:42PM  21       let me ask it better.

04:42PM  22           The only time that third parties is addressed in

04:42PM  23       this policy, it says you can restrict -- the sharing of

04:43PM  24       third parties for marketing purposes, but you are not

04:43PM  25       able to limit our ability to share your personal

| 04:43PM | 1 | information with third parties, quote, for servicing |
| 04:43PM | 2 | and administration purposes, right? |
| 04:43PM | 3 | A. So this is not on the only place the document talks |
| 04:43PM | 4 | about third parties.  The document talks about third |
| 04:43PM | 5 | parties in the "Sharing Your Information" section on |
| 04:43PM | 6 | the prior page as well. |
| 04:43PM | 7 | Q. Okay.  With regards to users of the website's ability |
| 04:43PM | 8 | to limit the sharing of their information with third |
| 04:43PM | 9 | parties, this policy says, "You are not able to limit |
| 04:43PM | 10 | our ability to share your personal information among |
| 04:43PM | 11 | Prudential companies and with other non-Prudential |
| 04:43PM | 12 | companies for servicing and administration purposes," |
| 04:43PM | 13 | right? |
| 04:43PM | 14 | A. Right. |
| 04:43PM | 15 | Q. Okay.  And we have looked at the web form itself, |
| 04:43PM | 16 | right, do you remember that? |
| 04:43PM | 17 | A. Right. |
| 04:43PM | 18 | Q. And I think we went over this, but I just want to make |
| 04:44PM | 19 | sure. |
| 04:44PM | 20 | On the web form itself, there's nothing that would |
| 04:44PM | 21 | tell users that ActiveProspect is a company who is |
| 04:44PM | 22 | operating software on the web page, right? |
| 04:44PM | 23 | MS. FISHER:  Objection.  Calls for a legal |
| 04:44PM | 24 | conclusion.  And objection to the extent the question |
| 04:44PM | 25 | seeks information outside the scope of the 30(b)(6) |

04:44PM   1        topics.

04:44PM   2    A. Right.   That's my understanding.

04:44PM   3    Q. (By Ms. Gliozzo)   Okay.   There's no reference to

04:44PM   4        TrustedForm anywhere on the web form, right?

04:44PM   5    A. Right.

04:44PM   6    Q. Okay.   Similarly, you recall we watched the video

04:44PM   7        replay for a specific user, and there was nothing on

04:44PM   8        the replay that indicated -- would have indicated to

04:44PM   9        the user that ActiveProspect is a third party that

04:44PM  10        collects user data on the web form?

04:44PM  11              MS. FISHER:   Objection.   Calls for a legal

04:44PM  12        conclusion.   And objection to the extent the question

04:45PM  13        seeks information outside the scope of the noticed

04:45PM  14        30(b)(6) topics.

04:45PM  15              Mr. Renz, to the extent that you know the answer in

04:45PM  16        your personal capacity, you can answer.

04:45PM  17    A. From the video we watched, I did not see a reference to

04:45PM  18        TrustedForm.

04:45PM  19    Q. (By Ms. Gliozzo)   Okay.   There was no reference to

04:45PM  20        ActiveProspect either, right?

04:45PM  21              MS. FISHER:   Same objections.

04:45PM  22    A. Again, I did not -- yeah.   I did not see a reference to

04:45PM  23        ActiveProspect.

04:45PM  24              MS. GLIOZZO:   Okay.   I'll wrap it up, guys.   I

04:45PM  25        just want to recap a little bit more, if you'll indulge

04:45PM   1    me.

04:45PM   2                   THE WITNESS:  Okay.

04:45PM   3                   MS. FISHER:  Actually, before you wrap up, I'm

04:45PM   4    sorry to interrupt your question.  Can we take like a

04:46PM   5    five-minute break?  We've been on the record for an

04:46PM   6    hour now, so...

          7                   MS. GLIOZZO:  Sure.  That's fine.

          8                   MS. FISHER:  Just a quick break?  Okay.

          9                   MS. GLIOZZO:  Yep.

04:46PM  10                   THE WITNESS:  Okay.  Cool.

04:46PM  11                   THE VIDEOGRAPHER:  We are going off the

         12    record --

         13                   THE WITNESS:  Thanks.

04:46PM  14                   THE VIDEOGRAPHER:  -- at 4:46.

04:53PM  15                   (Recess taken.)

04:54PM  16                   THE VIDEOGRAPHER:  We are back on the record

04:54PM  17    at 4:54.

04:54PM  18                   MS. GLIOZZO:  Great.

04:54PM  19    Q. (By Ms. Gliozzo)  Mr. Renz, any of your testimony from

04:54PM  20    before that you want to amend or correct?

04:54PM  21    A. No.

04:54PM  22    Q. Okay.  Okay.  Let's recap a little bit.

04:54PM  23        Prudential and Assurance collaborate on the

04:54PM  24    contents of term.prudential.com, right?

04:54PM  25    A. Right.

| | | |
|---|---|---|
| 04:54PM | 1 | Q. They know what information is displayed to users on the |
| 04:54PM | 2 | web form, right? |
| 04:54PM | 3 | A. The team is involved in that collaboration, yeah.  Yes. |
| 04:54PM | 4 | Q. They control what information is displayed to users, |
| 04:55PM | 5 | right? |
| 04:55PM | 6 | MS. FISHER:  Objection.  Calls for a legal |
| 04:55PM | 7 | conclusion. |
| 04:55PM | 8 | A. Those teams collaborate and decide on what -- yes. |
| 04:55PM | 9 | Q. (By Ms. Gliozzo)  If they wanted to change the content |
| 04:55PM | 10 | of the web form, they could, right? |
| 04:55PM | 11 | A. Right. |
| 04:55PM | 12 | Q. The TrustedForm script was used on the web form from |
| 04:55PM | 13 | its inception, right? |
| 04:55PM | 14 | A. Term dot -- the Pru Branded Path, yes. |
| 04:55PM | 15 | Q. Uh-huh.  And Assurance implemented TrustedForm's script |
| 04:55PM | 16 | on the web form, knowing how it works, right? |
| 04:55PM | 17 | A. Yes. |
| 04:55PM | 18 | Q. ActiveProspect's end user license agreement that was in |
| 04:55PM | 19 | force at the time the web form was launched required |
| 04:55PM | 20 | that Assurance and/or Prudential get users' consent to |
| 04:56PM | 21 | be recorded, right? |
| 04:56PM | 22 | MS. FISHER:  Objection.  Calls for a legal |
| 04:56PM | 23 | conclusion.  And objection to the extent the question |
| 04:56PM | 24 | seeks information outside the scope of the 30(b)(6) |
| 04:56PM | 25 | topics. |