**GIRARD SHARP LLP**
Dena C. Sharp (State Bar No. 245869)
Simon S. Grille (State Bar No. 294914)
Nina R. Gliozzo (State Bar No. 333569)
Jordan Isern (State Bar No. 343159)
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
dsharp@girardsharp.com
sgrille@girardsharp.com
ngliozzo@girardsharp.com
jisern@girardsharp.com

*Attorneys for Plaintiffs*

*[Additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VALERIE TORRES and RHONDA HYMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PRUDENTIAL FINANCIAL, INC., ACTIVEPROSPECT, INC., and ASSURANCE IQ, LLC,<br><br>Defendants. | Case No. 3:22-cv-07465-CRB<br><br>**JOINT STIPULATION** ~~TO MODIFY THE CURRENT CASE DEADLINES~~ **AND [**~~PROPOSED~~**] ORDER**<br><br>Judge: Hon. Charles R. Breyer |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Valerie Torres and Rhonda Hyman ("Plaintiffs") and Defendants Prudential Financial, Inc., ActiveProspect, Inc., and Assurance IQ, LLC ("Defendants") (together, the "Parties"), by and through their respective counsel of record, jointly stipulate and agree, subject to the Court's approval, to amend certain deadlines applicable in the above-captioned cases:

**WHEREAS**, on July 10, 2024, Defendants served a notice of deposition to Plaintiffs' expert, Zubair Shafiq, for August 2, 2024;

**WHEREAS**, Plaintiffs informed Defendants that Dr. Shafiq was not available for deposition on August 2 or on Defendants' proposed alternative date of July 29, 2024, and that Dr. Shafiq had limited availability in early August;

**WHEREAS,** between July 11 and July 17, 2024, the Parties met and conferred regarding the date of Dr. Shafiq's deposition and determined that the earliest date that all parties are available for the deposition of Dr. Shafiq is August 30, 2024;

**WHEREAS,** Defendants' opposition to class certification is currently due on August 28, 2024 (Dkt. 46);

**WHEREAS**, to allow Defendants sufficient time to depose Dr. Shafiq and to prepare their opposition to class certification following the deposition of Dr. Shafiq, the parties agree and respectfully request that the Court modify the case schedule as follows:

| Event | Current Date | Proposed Deadline |
|---|---|---|
| Defendant's opposition to motion for class certification | August 28, 2024 | September 25, 2024 |
| If Defendants support their Opposition to Class Certification with expert reports or testimony, Defendants' experts available for depositions | Within 20 days following the filing of Defendants' Opposition | Within 20 days following the filing of Defendants' Opposition |
| Plaintiffs' reply in support of motion for class certification | September 27, 2024 | October 25, 2024 |
| Hearing on Motion for Class Certification | October 18, 2024, at 10 a.m. or as soon thereafter as is convenient for the Court | November 15, 2024, at 10 a.m. or as soon thereafter as is convenient for the Court |

| Event | Current Date | Proposed Deadline |
|---|---|---|
| Deadline to Amend the Complaint Regarding Class Certification Matters | 30 days after ruling on class certification | 30 days after ruling on class certification |
| ADR | 30 days after ruling on class certification | 30 days after ruling on class certification |
| Close of Fact Discovery | November 27, 2024 | December 18, 2024 |
| Exchange Opening Expert Reports | December 20, 2024 | January 27, 2025 |
| Exchange Rebuttal Expert Reports | February 25, 2025 | March 25, 2025 |
| Close of Expert Discovery | March 25, 2025 | April 22, 2025 |
| Motions for summary judgment and *Daubert* motions | May 6, 2025 | June 3, 2025 |
| Responses to motions for summary judgment and *Daubert* motions | June 20, 2025 | July 18, 2025 |
| Replies in support of motions for summary judgment and *Daubert* motions | July 18, 2025 | August 15, 2025 |
| Hearing on motions for summary judgment and Daubert Motions | August 15, 2025, at 10 a.m., or as soon thereafter as is convenient for the Court | September 12, 2025, at 10 a.m., or as soon thereafter as is convenient for the Court |
| Final Pretrial Conference | TBD | TBD |
| Jury Trial | TBD | TBD |

**NOW, THEREFORE**, the parties, subject to the Court's approval, hereby stipulate, agree, and respectfully request that the Court enter the following schedule:

| Event | Current Date | Proposed Deadline |
|---|---|---|
| Defendant's opposition to motion for class certification | August 28, 2024 | September 25, 2024 |
| If Defendants support their Opposition to Class Certification with expert reports or testimony, Defendants' experts available for depositions | Within 20 days following the filing of Defendants' Opposition | Within 20 days following the filing of Defendants' Opposition |
| Plaintiffs' reply in support of motion for class certification | September 27, 2024 | October 25, 2024 |
| Hearing on Motion for Class Certification | October 18, 2024, at 10 a.m. or as soon thereafter as is convenient for the Court | November 15, 2024, at 10 a.m. or as soon thereafter as is convenient for the Court |

| Event | Current Date | Proposed Deadline |
|---|---|---|
| Deadline to Amend the Complaint Regarding Class Certification Matters | 30 days after ruling on class certification | 30 days after ruling on class certification |
| ADR | 30 days after ruling on class certification | 30 days after ruling on class certification |
| Close of Fact Discovery | November 27, 2024 | December 18, 2024 |
| Exchange Opening Expert Reports | December 20, 2024 | January 27, 2025 |
| Exchange Rebuttal Expert Reports | February 25, 2025 | March 25, 2025 |
| Close of Expert Discovery | March 25, 2025 | April 22, 2025 |
| Motions for summary judgment and *Daubert* motions | May 6, 2025 | June 3, 2025 |
| Responses to motions for summary judgment and *Daubert* motions | June 20, 2025 | July 18, 2025 |
| Replies in support of motions for summary judgment and *Daubert* motions | July 18, 2025 | August 15, 2025 |
| Hearing on motions for summary judgment and Daubert Motions | August 15, 2025, at 10 a.m., or as soon thereafter as is convenient for the Court | September 12, 2025, at 10 a.m., or as soon thereafter as is convenient for the Court |
| Final Pretrial Conference | TBD | TBD |
| Jury Trial | TBD | TBD |

**IT IS SO STIPULATED.**

DATED: July 18, 2024

By: */s/ Simon Grille*
 **GIRARD SHARP LLP**
Adam E. Polk (State Bar No. 273000)
Simon Grille (State Bar No. 294914)
Nina R. Gliozzo (State Bar No. 333569)
Jordan Isern (State Bar No. 343159)
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
apolk@girardsharp.com
sgrille@girardsharp.com
ngliozzo@girardsharp.com
jisern@girardsharp.com

*Attorneys for Plaintiffs*

DATED: July 18, 2024   By: */s/ Kelly M. Klaus*

Kelly M. Klaus (State Bar No. 161091)
Jonathan H. Blavin (State Bar No. 230269)
Virginia Grace Davis (State Bar No. 336732)
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
kelly.klaus@mto.com
jonathan.blavin@mto.com
grace.davisfisher@mto.com

Laura D. Smolowe (State Bar No. 263012)
Sidney Moskowitz (State Bar No. 349400)
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:(213) 683-9100
Facsimile: (213) 687-3702
laura.smolowe@mto.com
sidney.moskowitz@mto.com

*Attorneys for Defendants Prudential Financial, Inc. and ActiveProspect, Inc. and Assurance IQ, LLC*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ____July 22____, 2024

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE