(REDACTED)

FILED UNDER SEAL

EXHIBIT 4

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                SAN FRANCISCO DIVISION

 4
    VALERIE TORRES and RHONDA HYMAN,
 5  individually, and on behalf of all
    others similarly situated,
 6
                     Plaintiffs,
 7
                 vs.               No. 3:22-cv-07465-CRB
 8
    PRUDENTIAL FINANCIAL, INC.,
 9  ACTIVEPROSPECT, INC., and ASSURANCE
    IQ, LLC,
10
                     Defendants.
11  _____ /

12

13

14

15

16  VIDEO RECORDED DEPOSITION OF CHRISTOPHER WILLIAMS,

17  located in Austin, Texas, commencing at 10:03 A.M. CST,

18  on Thursday, December 19, 2024, before MARK W. BANTA,

19  Certified Shorthand Reporter 6034, in and for the State

20  of California.

21

22  STENO

23  Concierge@Steno.com

24  (888) 707-8366

25
```

CHRISTOPHER WILLIAMS                                JOB NO. 1334537
DECEMBER 19, 2024

11:21:20  1  referring to the software solution rather than the

       2  solution to a problem.

       3  BY MS. GLIOZZO:

       4      Q.   What's the difference between a software

11:21:27  5  solution and a solution to a problem?

       6      A.   When someone references a software solution,

       7  they simply mean software generally that does something.

       8      Q.   Okay.  We can agree, though, there's a sentence

       9  in the first paragraph here that says, quote.

11:21:48  10  ActiveProspect has solved this problem with its

      11  patent-pending TrustedForm lead certification solution.

      12  Right?

      13      A.   That's what the document says.

      14      Q.   Okay.  Do you see the reference we looked at

11:22:07  15  that you need something that, quote, holds up under legal

      16  scrutiny?  Do you see that?

      17      A.   I do see that, yes.

      18      Q.   Do you agree that even today providing proof of

      19  consent that holds up under legal scrutiny is one of the

11:22:23  20  goals of the TrustedForm software?

      21      A.   Yes, I do agree that TrustedForm strives to

      22  provide that.

      23      Q.   Okay.  Do you know what is required for proof of

      24  consent to hold up under legal scrutiny?

11:22:49  25          MS. DAVIS FISHER:  Objection.  Vague and calls

CHRISTOPHER WILLIAMS                                    JOB NO. 1334537
DECEMBER 19, 2024

11:24:36    1  or passed along to the appropriate parties as needed.
            2  Right?
            3       A.   Yes, that's what the document says.
            4       Q.   And then finally, the last sentence in this
11:24:48    5  paragraph, quote:  With authoritative proof of prior
            6  express written consent, there is no need to determine
            7  the type of phone number provided or change the type of
            8  system used to dial the number.  Right?
            9       A.   That's what the document says.  Yes.
11:25:04   10       Q.   And then in the sentence just before that
           11  there's a reference that the certificate is, quote,
           12  evidence of consent.  Right?
           13       A.   Sorry.  Can you repeat that question?
           14       Q.   In the sentence just before the one we looked
11:25:20   15  at, there's a reference to the fact that the certificate
           16  provides -- it says, quote, authoritative evidence of
           17  consent.  Right?
           18       A.   Yes.  That's what the document says.
           19       Q.   Okay.  So again, the goal of the TrustedForm
11:25:35   20  software is to provide evidence of consent; right?
           21       A.   Sorry.  Can you rephrase that question?
           22       Q.   Do we agree that the goal of the TrustedForm
           23  software as it's being offered and described here is to
           24  provide evidence of consent?
11:26:07   25       A.   I would characterize the goal of TrustedForm is

11:26:10   1  to provide evidence of the lead event.

           2     Q.   How is that different than evidence of consent?

           3     A.   That's different because the lead event is what

           4  happened exactly.  Consent is referring to a specific set

11:26:39   5  of criteria, so that's different.

           6     Q.   Okay.  So for any particular TrustedForm

           7  certificate, it could include proof of consent if,

           8  indeed, consent was given; right?

           9     A.   Yes, it could.

11:26:58  10     Q.   But it includes other things as well; right?

          11          MS. DAVIS FISHER:  Objection.  Vague and

          12  ambiguous, and calls for speculation.

          13          THE WITNESS:  Can you clarify what other things

          14  you're referring to?

11:27:12  15  BY MS. GLIOZZO:

          16     Q.   Sure.  In addition to showing whether or not

          17  during the session the user provided consent, the

          18  TrustedForm certificate would also show, for example, the

          19  answers that the visitor inputted on the webform; right?

11:27:31  20          MS. DAVIS FISHER:  Objection.  Vague and

          21  ambiguous.  Calls for speculation.  And assumes facts not

          22  in evidence.

          23          THE WITNESS:  Can you repeat that question?

          24          MS. GLIOZZO:  Yeah.  Mark, could you read it

11:27:46  25  back for me?

11:39:12   1  TrustedForm certificate, for example, consent language.

          2  Is that right?

          3        MS. DAVIS FISHER:  Objection.  Vague.  Compound.

          4  And assumes facts not in evidence.

11:39:29   5        THE WITNESS:  I'm sorry.  Can you repeat the

          6  question?

          7  BY MS. GLIOZZO:

          8    Q.   Sure.  The way that realtime page scanning works

          9  is you provide a chunk of text and the software can tell

11:39:56  10  you whether that text appeared during the user's session

      11  as reflected in a TrustedForm certificate.  Is that true?

      12        MS. DAVIS FISHER:  Objection.  Vague, compound,

      13  and assumes facts not in evidence.

      14        THE WITNESS:  The page scan feature, I believe

11:40:28  15  that's what the realtime page scanning is referring to,

      16  but I have never heard it called realtime page scanning.

      17  The page scan feature allows you to pass in a string of

      18  characters, and when I say "you," I'm referring to our

      19  customers, and then searches through our event-level data

11:40:52  20  to see if there are any sequence of events that match

      21  that string period in the events or the assets or HTML

      22  that are collected as a part of the TrustedForm

      23  certificate.

      24  BY MS. GLIOZZO:

11:41:16  25    Q.   And as described in this white paper that was

CHRISTOPHER WILLIAMS                                    JOB NO. 1334537
DECEMBER 19, 2024

13:10:04    1         THE WITNESS:  There is some part of our service
            2    which takes the things identified by the regular
            3    expressions and then does the normalization.
            4    BY MS. GLIOZZO:
13:10:17    5      Q.   Do you see here there's a section, Qualifying
            6    Phone Numbers, and Qualifying E-mail Addresses?
            7      A.   Yes.  I see those sections.
            8      Q.   It says:  TrustedForm Certify considers data to
            9    be a phone number when it meets the following criteria.
13:10:32   10    There are several bullet points; right?
           11      A.   Yes, there are.
           12      Q.   The first one is that the data is in a field
           13    whose name doesn't reference postal, zip, IP address, or
           14    time.  Right?
13:10:54   15      A.   Yes.  That's the first bullet, what it says.
           16      Q.   So when the software is examining the data
           17    looking for a string of numbers that qualify, one of the
           18    things it looks at is the name of the field where the
           19    data was entered; right?
13:11:12   20         MS. DAVIS FISHER:  Objection.  Vague and assumes
           21    facts not in evidence.  And calls for speculation.
           22         THE WITNESS:  Will you repeat your question?
           23    BY MS. GLIOZZO:
           24      Q.   When the software is examining the data looking
13:11:36   25    for a string of numbers that qualify as described here,

CHRISTOPHER WILLIAMS                          JOB NO. 1334537
DECEMBER 19, 2024

13:11:40  1  one of the things it looks at is the name of the field

         2  where the data was entered.  Is that right?

         3         MS. DAVIS FISHER:  Objection.  Vague.  Assumes

         4  facts not in evidence, and calls for speculation.

13:12:22  5         THE WITNESS:  Yes, at a high level that is

         6  correct.

         7  BY MS. GLIOZZO:

         8     Q.   Okay.  And it looks at the name of the field so

         9  that it can exclude strings of numbers in a field with

13:12:37 10  those names listed because those aren't likely to be

        11  phone numbers.  Right?

        12         MS. DAVIS FISHER:  Objection.  Vague, misstates

        13  the document, and calls for speculation.

        14         THE WITNESS:  The design of this feature doesn't

13:13:08 15  look for fields whose names are the ones listed in the

        16  article in order to avoid collecting and hashing the

        17  events for things that would not be used for the lead

        18  matching feature.

        19  BY MS. GLIOZZO:

13:13:30 20     Q.   In other words, it doesn't want to collect

        21  things that are a string of 10 digits but that are not a

        22  phone number.  That's what this describes; right?

        23     A.   No, that's not correct.

        24     Q.   It says TrustedForm Certify considers data to be

13:13:50 25  a phone number when it meets the following criteria;

14:44:16    1  says, quote:  Access is restricted to properly

            2  credentialed datacenter employees.  Right?

            3      A.    Yes.  That's correct.

            4      Q.    The next section is titled Employee Access;

14:44:29    5  right?

            6      A.    Yes.  That's correct.

            7      Q.    It says, quote:  Our employees may occasionally

            8  need access to accounts for support or troubleshooting

            9  purposes.  Right?

14:44:43   10      A.    Yes.  That's correct.

           11      Q.    I think you told me before that you may be

           12  within the realm of somebody who is asked troubleshooting

           13  questions, but that's not your primary responsibility.

           14  Am I remembering your testimony right?

14:45:02   15      A.    I believe the gist of that is correct, yes.

           16      Q.    Okay.  So are you within the population of

           17  employees that may occasionally need access to accounts

           18  for support or troubleshooting purposes?

           19      A.    Yes, I am.

14:45:17   20      Q.    Okay.  So in what context would you have

           21  occasional access to a customer's account at

           22  ActiveProspect?

           23          MS. DAVIS FISHER:  Objection.  Vague.

           24          THE WITNESS:  I would need access if a customer

14:45:41   25  reports a problem and we want to try to help them.

CHRISTOPHER WILLIAMS                              JOB NO. 1334537
DECEMBER 19, 2024

14:45:47    1   BY MS. GLIOZZO:

            2       Q.   Okay.  And one thing you might do in the course

            3   of trying to help them is access their account; right?

            4       A.   Yes.  That's correct.

14:46:01    5       Q.   Does that include looking at a particular

            6   TrustedForm certificate?  Could that ever be within the

            7   scope of what you would need to do as described here?

            8       A.   Yes, it could, if a customer reports a problem

            9   with the TrustedForm certificate and asked us to look at

14:46:22   10   it and try to resolve an issue, yes.

           11       Q.   Has that ever happened?  Have you ever accessed

           12   an account for a customer of ActiveProspect and viewed a

           13   certificate in the course of providing support to them?

           14       A.   Yes.  That has happened.

14:46:45   15       Q.   Is that -- is that a common occurrence, would

           16   you say?

           17            MS. DAVIS FISHER:  Objection.  Vague.

           18            THE WITNESS:  Can you clarify what you mean by

           19   common?

14:46:56   20   BY MS. GLIOZZO:

           21       Q.   Has that happened within the last month?

           22       A.   Yes, it has.

           23       Q.   All right.  Has it -- how many times has it

           24   happened in the last month?

14:47:12   25       A.   I do not know.

CHRISTOPHER WILLIAMS                                          JOB NO. 1334537
DECEMBER 19, 2024

14:47:15   1        Q.   More than five?

           2             MS. DAVIS FISHER:  Objection.  Asked and

           3   answered.

           4             THE WITNESS:  I would have to guess on that.

14:47:25   5   BY MS. GLIOZZO:

           6        Q.   I'm just asking you about your experiences.  You

           7   said that it had happened in the last month.  Do you

           8   remember it happening more than five times?

           9        A.   No, I don't remember it happening more than five

14:47:42  10   times.

          11        Q.   All right.  Is it possible that it did happen

          12   more than five times but you just can't remember each

          13   instance?

          14             MS. DAVIS FISHER:  Object to the form.

14:47:52  15             THE WITNESS:  Yes.  That is possible.

          16   BY MS. GLIOZZO:

          17        Q.   Okay.  In the last year, were there -- outside

          18   the last month, were there more instances where you

          19   accessed a customer's account and viewed a TrustedForm

14:48:08  20   certificate?

          21        A.   Yes, there were.

          22        Q.   Are you able to estimate how many times that

          23   happened in the past year?

          24        A.   No, I would have to provide a guess for that.

14:48:24  25        Q.   Was it more than 10?

14:48:35   1    A.   I can't specifically recall more than 10 times,

        2   so I -- I can't provide anything more specific than that

        3   without guessing.

        4        Q.   Okay.  Can you say for sure it was not more than

14:48:47   5   100 times in the past year?

        6        A.   I don't feel like I can say that for sure.

        7        Q.   Okay.  So possibly it might be more than 10, it

        8   might be less than 100?  You're not exactly sure; right?

        9             MS. DAVIS FISHER:  Objection.  Misstates the

14:49:10  10   witness' testimony and calls for speculation.

       11             THE WITNESS:  I am not sure.  No.

       12   BY MS. GLIOZZO:

       13        Q.   Are you able to narrow it down at all between --

       14   more specifically between 10 and 100?

14:49:27  15        A.   Not without guessing, no.

       16        Q.   Okay.  When you view a TrustedForm certificate

       17   in this context, does it look any different on your end

       18   than it looks when ActiveProspect's customer views it?

       19             MS. DAVIS FISHER:  Objection.  Vague.  And calls

14:49:53  20   for speculation.

       21             THE WITNESS:  I'm not aware of anything that

       22   would make it look different.  No.

       23   BY MS. GLIOZZO:

       24        Q.   Okay.  So there's not -- there's no, like, data

14:50:17  25   that it's only visible to you as an employee of

14:51:32   1        When you have accessed TrustedForm certificates

           2   in the past year, say, that we've been discussing, is it

           3   typical that you would view the session replay?

           4        MS. DAVIS FISHER:  Objection.  Vague.

14:51:59   5        THE WITNESS:  If there is an issue that I am

           6   investigating that involves the session replay, then yes,

           7   I would view the session replay to help.

           8   BY MS. GLIOZZO:

           9   Q.   And have there been examples of that in the

14:52:14  10   instances where this has happened in the last year where

          11   you watched the session replay?

          12   A.   Yes, there have.

          13   Q.   The next sentence in this document says:

          14   ActiveProspect employees have undergone -- undergone

14:52:33  15   background checks before being granted internal access to

          16   our systems.

          17        Do you see that?

          18   A.   Yes, I do.

          19   Q.   Did you undergo a background check before being

14:52:48  20   granted access to the systems?

          21   A.   I don't 100 percent recall if I did.

          22        MS. GLIOZZO:  Okay.  We're going to go next to a

          23   document that was previously marked in another deposition

          24   in this case.  I am introducing a document that was

14:53:41  25   previously marked as Exhibit 97.

15:07:55 1 had read the Javier opinion that it describes here, did

2 ActiveProspect make any changes to the way it operates

3 after the Javier decision was published?

4           MS. DAVIS FISHER:  Objection.  Vague.  Assumes

15:08:16 5 facts not in evidence and calls for speculation.

6           THE WITNESS:  I'm not aware of any changes that

7 were made in response to -- to that.

8 BY MS. GLIOZZO:

9     Q.   Okay.  Did ActiveProspect take any new or

15:08:41 10 additional steps to encourage its customers to make sure

11 that they got consent from their website visitors to the

12 operation of TrustedForm in a way that was going to be

13 effective after the Javier decision came out?

14           MS. DAVIS FISHER:  Objection.  Vague, calls for

15:09:01 15 speculation, and calls for a legal conclusion.

16           THE WITNESS:  To my knowledge, ActiveProspect

17 has always encouraged its customers to give notice about

18 the use of TrustedForm to consumers.  That's it.

19 BY MS. GLIOZZO:

15:09:23 20     Q.   So no new or additional steps to do that that

21 you are aware of; is that right?

22     A.   Can you clarify what you mean by new or

23 additional?

24     Q.   Did it do anything after the Javier decision

15:09:39 25 that it wasn't doing before to encourage people who use

15:37:30   1           MS. DAVIS FISHER:  Objection.  Vague.  Calls for

           2   a legal conclusion and calls for speculation.

           3           THE WITNESS:  To clarify, are you asking me if

           4   I've ever heard of an instance where someone has used a

15:37:44   5   TrustedForm certificate as -- as the evidence of proof of

           6   consent?

           7   BY MS. GLIOZZO:

           8       Q.   Yeah.

           9       A.   Yes, I have heard of examples like that.

15:37:58  10       Q.   In court?  You've heard of examples of that

          11   happening where they used it as evidence in court?

          12       A.   I don't know the specifics of I guess exactly

          13   where the examples were used.  I've heard that it has

          14   been used as evidence in litigation is the term that I

15:38:18  15   generally hear.

          16       Q.   Okay.  Do you know if there was somebody who was

          17   using a TrustedForm certificate in litigation, does

          18   ActiveProspect have to send an employee to court to sort

          19   of say, you know, this is our certificate and this is how

15:38:38  20   we made it?

          21       A.   To the best of my knowledge, ActiveProspect

          22   doesn't have to send an employee, no.

          23       Q.   Okay.  Are you aware of any times where they

          24   have done that?

15:38:55  25       A.   Yes, I am aware of times when ActiveProspect has

15:38:58    1   sent an employee.

            2       Q.   Okay.

            3       A.   To --

            4            (Interruption by Reporter.)

15:39:13    5            THE WITNESS:  Give a deposition.

            6   BY MS. GLIOZZO:

            7       Q.   How many times would you say that that's

            8   happened that you're aware of?

            9       A.   I'm not sure exactly, but I'm aware of at least

15:39:44   10   a handful of times that it's happened.

           11       Q.   Okay.  What --

           12       A.   Maybe more than that.  I don't remember.

           13       Q.   Is a handful more than five?

           14       A.   A handful is somewhere around five, maybe give

15:40:03   15   or take.

           16       Q.   Are these all instances from the time in which

           17   you were employed at ActiveProspect?

           18       A.   Yes.

           19       Q.   Okay.  You said you are aware of times when

15:40:31   20   ActiveProspect has sent an employee to give a deposition.

           21   Are you aware of any time that ActiveProspect sent an

           22   employee to testify at trial about a TrustedForm

           23   certificate?

           24       A.   I'm not, I guess, as familiar with all of the

15:40:59   25   legal terminology and I -- I guess I don't know if that

15:41:07    1    distinction happened --

            2        Q.    Okay.

            3        A.    -- if it was actually in trial.

            4        Q.    So today at this deposition, we're not in court.

15:41:14    5    There's a reporter here but no judge.  Okay?  So the

            6    distinction I'm trying to draw is somebody who went to

            7    court to testify in front of a judge, either at a trial

            8    with a jury or perhaps at a hearing where the judge is

            9    the one making the decision.  So let me ask it again with

15:41:35   10    that clarification in mind.

           11            Are you aware of any times when ActiveProspect

           12    sent an employee to testify in court about a TrustedForm

           13    certificate in a litigation about the TCPA?

           14        A.    I don't know if the times I'm aware of were in

15:42:00   15    court or out of court.

           16        Q.    That's helpful.  Thank you.

           17            In those instances, do you know who was the

           18    employee that was sent?

           19        A.    Yeah.  The instances I'm aware of, the employee

15:42:21   20    was Steve Rafferty, the CEO.

           21            MS. GLIOZZO:  We're going to go to one --

           22    another document and then after that I think will be a

           23    good time for a short break.  I am marking Exhibit 159.

           24    ██████████████████████████████████████████████

15:42:52   25    ██████████████████████████████████████████████

16:14:53   1       Q.   Generally, who at ActiveProspect has superuser

           2   access?

           3            MS. DAVIS FISHER:  Objection.  Vague and assumes

           4   facts not in evidence.

16:15:08   5            THE WITNESS:  Yeah.  I don't know generally who

           6   is given superuser access.

           7   BY MS. GLIOZZO:

           8       Q.   Do you have superuser access?

           9       A.   Yes, I do.

16:15:15  10       Q.   Okay.  When did you get superuser access?

          11       A.   I don't recall exactly when, but I know it was

          12   sometime after my onboarding process.

          13       Q.   Okay.  And what types of things are you able to

          14   do as a superuser that you aren't able to do if you're

16:15:52  15   not a superuser?

          16            MS. DAVIS FISHER:  Objection.  Vague.

          17            THE WITNESS:  As a superuser, you can do things

          18   like search for accounts, and if you're helping with a

          19   support ticket, you can log in to other accounts.

16:16:15  20   BY MS. GLIOZZO:

          21       Q.   If you're searching for an account, is that a

          22   search that you would do in the Snowflake database?

          23       A.   No, it is not.

          24       Q.   Where would you do that type of search?

16:16:31  25       A.   I would to that type of search in the accounts

CHRISTOPHER WILLIAMS                                    JOB NO. 1334537
DECEMBER 19, 2024

16:29:27    1    is collecting event-level data, it tries to match against

            2    a specific set of regular expressions or patterns to

            3    determine what information it would like to hash and then

            4    make available to use by the lead matching feature.

16:29:46    5            When somebody makes a request to actually use

            6    the lead matching feature, the input that they pass in is

            7    hashed, and then behind the scenes, TrustedForm compares

            8    their hash versus the hashes that were selected as part

            9    of the TrustedForm certificate to see if there is a match

16:30:05   10    with any of those.

           11    BY MS. DAVIS FISHER:

           12        Q.    When are the values that TrustedForm collects

           13    hashed in connection with this lead matching feature?

           14    Actually, let me scratch that.  That was a bad question.

16:30:26   15            When are the values that the TrustedForm script

           16    selects as part of the lead matching feature hashed?

           17        A.    Those values are immediately hashed as soon as

           18    the pattern is detected before they're -- they're sent to

           19    the TrustedForm servers to be stored with the TrustedForm

16:30:50   20    certificate.

           21        Q.    Does TrustedForm collect the values that we've

           22    been talking about in unhashed form?

           23        A.    No.  Those values are always collected as hashed

           24    values.

16:31:01   25        Q.    When those hashed values are collected, does

16:37:45    1  the lead matching, it happens, I think you said

            2  immediately; right?

            3      A.   Yes.  I said immediately as soon as the pattern

            4  is matched from the regular expressions before it's

16:37:58    5  actually sent to ActiveProspect.

            6      Q.   So imagine somebody's filling out a webform that

            7  has TrustedForm installed on it and it's working

            8  properly.  And there's a form field where they type

            9  N-I-N-A.  TrustedForm independently records each of those

16:38:21   10  keystrokes; right?

           11          MS. DAVIS FISHER:  Objection.  Vague.  Calls for

           12  a legal conclusion, and assumes facts not in evidence.

           13          THE WITNESS:  I would say that TrustedForm

           14  captures the events produced by the keystrokes that you

16:38:38   15  mentioned.

           16  BY MS. GLIOZZO:

           17      Q.   Okay.  And then if the next keystroke is an @

           18  symbol, it captures that event; right?

           19          MS. DAVIS FISHER:  Objection.  Vague and assumes

16:38:49   20  facts not in evidence.

           21          THE WITNESS:  Yes.  Assuming the @ symbol is

           22  typed next and on that same website with everything in

           23  place properly, yes, then that would be captured.

           24  Um-hmm.

           25  //

CHRISTOPHER WILLIAMS
DECEMBER 19, 2024

JOB NO. 1334537

16:39:04  1  BY MS. GLIOZZO:

2    Q.   And then say the next several keystrokes are

3  gmail.com.  It would capture each of those events as

4  well; right?

16:39:16  5         MS. DAVIS FISHER:  Objection.  Vague.  Assumes

6  facts not in evidence.

7         THE WITNESS:  Yes.  Under the same conditions,

8  then those events would also be captured.

9  BY MS. GLIOZZO:

16:39:26  10   Q.   And then I think I understand your testimony to

11  be in addition to capturing each of the keystrokes that

12  we just described, the software also says "A-hah, text on

13  either side of an @ symbol, that is something that I will

14  hash and store for this lead matching feature."  Is that

16:39:50  15  right?

16         MS. DAVIS FISHER:  Objection.  Vague.  Assumes

17  facts not in evidence.  Calls for speculation.

18         THE WITNESS:  At a high level, that is correct.

19  BY MS. GLIOZZO:

16:40:01  20   Q.   Okay.  But the individual keystrokes, those

21  aren't hashed; right?

22         MS. DAVIS FISHER:  Objection.  Vague and calls

23  for speculation.

24         THE WITNESS:  The individual keystrokes that are

16:40:17  25  collected as the events to be sent to the TrustedForm

16:40:20  1  certificate are not hashed, but they are encoded and

        2  still secured before they are sent to the ActiveProspect

        3  service or TrustedForm service.

        4          MS. GLIOZZO:  That's all for me.

16:40:33  5          MS. DAVIS FISHER:  Okay.  No further questions

        6  here.

        7          THE VIDEOGRAPHER:  This concludes Volume I of

        8  the deposition of Christopher Williams for Valerie

        9  Torres, et al, versus Prudential Financial, Incorporated,

16:40:47 10  et al.  We are now off the record.  The time is 4:40 p.m.

       11  Central Standard Time.

       12          (Discussion off the record.)

       13          THE VIDEOGRAPHER:  The time is now 4:42 p.m.

       14  We are now back on the video record.

16:42:45 15          MS. DAVIS FISHER:  This is Grace Davis Fisher on

       16  behalf of the defendant and the witness.  I wanted to

       17  note on the record that defendant reserves its rights to

       18  designate portions of the transcript as confidential

       19  pursuant to the protective order in this case, and I also

16:43:00 20  want to note that we reserve our right for the witness to

       21  review the transcript and provide an errata, as set forth

       22  in Federal Rule of Civil Procedure 30.  That's all.

       23          THE VIDEOGRAPHER:  The time is now 4:43 p.m.

       24  We are now off the video record.

16:43:23 25          THE REPORTER:  And transcript orders are the