IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE TORRES and RHONDA HYMAN, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> PRUDENTIAL FINANCIAL, INC., ACTIVEPROSPECT, INC., AND ASSURANCE IQ, LLC., <br><br> Defendants. | Case No. 22-cv-07465 (CRB) <br><br> **JUDGMENT** |

For the reasons set forth in the Court's order granting Defendants' motion for summary judgment (dkt. 140), the Court hereby enters judgment for Defendants and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: April 17, 2025



CHARLES R. BREYER
United States District Judge